Civil Action No. 26-cv-01352

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* United States Attorney's Office for DC was received by me on *(date)* 04/22/2026 .

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

✔ Other *(specify)*: I served the summons and complaint via email to usadc.servicecivil@doj.gov on April 22, 2026. I also sent a copy of the summons and complaint via certified mail to 601 D Street NW, Washington, DC 20579 which was served on April 28, 2026.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/28/2026

/s/ Amanda Bangle
*Server's signature*

Amanda Bangle, Paralegal
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

CREW | citizens for responsibility and ethics in washington

Amanda Bangle <abangle@citizensforethics.org>

# Common Cause, et al. v. DOJ, et al, Case no. 26-cv-1352

1 message

**Amanda Bangle** <abangle@citizensforethics.org> Wed, Apr 22, 2026 at 10:58 AM
To: USADC.ServiceCivil@usdoj.gov
Cc: Nikhel Sus <nsus@citizensforethics.org>, Jordan Faria <jfaria@citizensforethics.org>

Hello,

Per your office's guidance on Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i), attached please find for service the summons and complaint in the above-referenced action.

The service package will be delivered to your office via USPS certified mail.

Please reach out with any concerns.

Best,

--

CREW

**Amanda Bangle** (she/her)
Paralegal | Citizens for Responsibility and Ethics in Washington
Office: (202) 408-5565
abangle@citizensforethics.org | www.citizensforethics.org

**Common Cause v. DOJ, Case no. 26-cv-1352 Service Package.pdf**
1818K

9589 0710 5270 3763 8231 04

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
To
$
Se
St
Ci

Postmark
Here

U.S. Attorney's Office
c/o Civil Docket Clerk
601 D Street NW
Washington, DC 20579

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MIDWEST AND SOUTHERN U.S. MAY DEL...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703763823104

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:31 am on April 28, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
April 28, 2026, 4:31 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package

Civil Action No. 26-cv-01352

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Department of Justice was received by me on *(date)* 04/22/2026 .

❐ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because __________ ; or

✔ Other *(specify)*: I served the summons and complaint via certified mail to the U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530 which was served on April 28, 2026.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/28/2026

/s/ Amanda Bangle
*Server's signature*

Amanda Bangle, Paralegal
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

9589 0710 5270 3763 8231 11

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total P
$
Sent To
Street a
City, Sta

Postmark
Here

US. Department of Justice
950 Pennsylvania Ave, N.W.
Washington D.C. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**ALERT: IMPACTS FROM SEVERE WEATHER IN THE MIDWEST AND SOUTHERN U.S. MAY DEL...**

# USPS Tracking®

**FAQs >**

**Remove ✕**

**Tracking Number:**

## 9589071052703763823111

**Copy** **Add to Informed Delivery (https://informeddelivery.usps.com/)**

### Latest Update

Your item was picked up at the post office at 4:31 am on April 28, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
April 28, 2026, 4:31 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

### Text & Email Updates

### USPS Tracking Plus®

### Product Information

**See Less ^**

Track Another Package

Civil Action No. 26-cv-01352

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* U.S. Attorney General's Office
was received by me on *(date)* 04/22/2026 .

❒ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________ ; or

☑ Other *(specify):* I served the summons and complaint via certified mail to the U.S. Attorney General's Office, 950 Pennsylvania Ave. NW, Washington, DC 20530 which was served on April 28, 2026.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/28/2026

/s/ Amanda Bangle
*Server's signature*

Amanda Bangle, Paralegal
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

9589 0710 5270 3763 8231 28

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage
$

Total
$

Postmark Here

Sent
Street
City, S

U.S. Attorney General's Office
950 Pennsylvania Ave., NW
Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

ALERT: IMPACTS FROM SEVERE WEATHER IN THE MIDWEST AND SOUTHERN U.S. MAY DEL...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052703763823128

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 4:31 am on April 28, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

Feedback

### Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
April 28, 2026, 4:31 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

Track Another Package