**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, *et al.*,

    Plaintiffs,

    v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

Case No. 26-cv-01352-SLS

## <u>JOINT MOTION FOR EXPEDITED DISPOSITIVE MOTION BRIEFING SCHEDULE</u>

The parties, having met and conferred, jointly move the Court to adopt an expedited dispositive motion briefing and hearing schedule, for the reasons set forth below:

1.    Plaintiffs filed this action on April 21, 2026, seeking declaratory and injunctive relief concerning the Department of Justice's collection, consolidation, disclosure, and use of confidential voter registration data acquired from states across the country. ECF No. 1. The Complaint asserts statutory and constitutional claims under the Administrative Procedure Act and the Court's inherent equitable authority.

2.    The parties agree that, in light of the subject matter of this case and approaching election-related deadlines, proceeding with expedited briefing on cross-dispositive motions is warranted to ensure prompt resolution and certainty for all parties, as well as to conserve judicial resources.

3.    Accordingly, the parties propose that the Court enter the following schedule:

- **May 7** – Defendants produce the administrative record to Plaintiffs, and file a certified list of contents of the administrative record pursuant to Local Civil Rule 7(n)(1)

- **May 19** – Plaintiffs file their motion for summary judgment

- **June 2** – Defendants file their combined opposition to Plaintiffs' motion for summary judgment and their cross-dispositive motion

- **June 12** – Plaintiffs file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-dispositive motion

- **June 19** – Defendants file their reply in support of their cross-dispositive motion

- A hearing on the parties' cross-dispositive motions at the Court's earliest convenience (excluding the following dates on which counsel is unavailable: July 1 - 14; July 29 - 31)

4.      The parties also agree that, to the extent Defendants do not cross move to dismiss under Rule 12 on June 2, Defendants' obligation to answer the complaint shall be dispensed with, or, in the alternative, stayed until 30 days after the court resolves the forthcoming cross motions.

Dated: April 30, 2026                              Respectfully submitted

 /s/ *Nikhel S. Sus*                              /s/ *Christian Dibblee*

Nikhel S. Sus (D.C. Bar No. 1017937)          BRETT SHUMATE
John B. Hill (N.Y. Bar No. 5505508)*          Assistant Attorney General
CITIZENS FOR RESPONSIBILITY                    Civil Division
AND ETHICS IN WASHINGTON
P.O. Box 14596 Washington, DC 20044           JOSEPH E. BORSON
Tel: (202) 408-5565                           Assistant Branch Director
nsus@citizensforethics.org                    Civil Division, Federal Programs Branch
jhill@citizensforethics.org
                                              CHRISTIAN DIBBLEE (D.C. Bar No.
Sara Chimene-Weiss*                           90002557)
PROTECT DEMOCRACY PROJECT                      Trial Attorney
7000 N. 16th Street, Suite 120, #340          United States Department of Justice
Phoenix, AZ 85020                             Civil Division, Federal Programs Branch
Tel: (202) 934-4237                           1100 L Street, NW
sara.chimene-weiss@protectdemocracy.org       Washington, DC 20005
                                              Phone: (202) 353-5980
Jane Bentrott (D.C. Bar No. 1029681)          E-mail: christian.r.dibblee@usdoj.gov
Naomi Gilens (D.C. Bar No. 90037831)
PROTECT DEMOCRACY PROJECT                      *Counsel for Defendants*
2020 Pennsylvania Ave. NW, Suite # 163
Washington DC 20006
Tel: (202) 579-4582
Fax: (202) 769-3176
naomi.gilens@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

John Haubenreich*
PROTECT DEMOCRACY PROJECT
1108 McKennie Ave., Suite #223
Nashville, TN 37206
Tel: (202) 579-4582
john.haubenreich@protectdemocracy.org

Laurence M. Schwartztol (D.D.C. Bar No.
MA0007)
DEMOCRACY AND RULE OF LAW CLINIC,
HARVARD LAW SCHOOL
1525 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 998-1877
lschwartztol@law.harvard.edu

Ming Cheung*
Ari J. Savitzky*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mcheung@aclu.org
asavitzky@aclu.org
tlee@aclu.org
slakin@aclu.org

Laura K. Follansbee (D.C. Bar No. 1782046)
Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
Tel: (202) 457-0800
lfollansbee@acludc.org
aspitzer@acludc.org

2

\* Admitted *pro hac vice* or *pro hac vice*
motion forthcoming

*Counsel for Plaintiffs*

3