**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*, <br><br>     Plaintiffs, <br><br>     v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br>     Defendants. | Case No. 26-cv-01352-SLS |

## JOINT STATUS REPORT IN RESPONSE TO APRIL 30 ORDER

The parties submit this joint status report in response to the Court's April 30, 2026, minute order directing the parties to address "whether this case should be consolidated with the action in *League of Women Voters v. U.S. Department of Homeland Security*, No. 25-cv-3501 (D.D.C.)," and to note "[a]ny disagreements" on potential consolidation.

The parties agree that this case should not be consolidated with *League of Women Voters*. "Consolidation is not appropriate" where, as here, "two cases involve different factual allegations, different parties, different legal claims, and have different procedural histories." *ACLU v. WMATA*, No. 17-cv-1598 (TSC), 2024 WL 4285894, at *2 (D.D.C. Sept. 25, 2024); *accord Klayman v. Jud. Watch, Inc.*, 255 F. Supp. 3d 161, 174 (D.D.C. 2017). The operative complaint in *League of Women Voters* seeks vacatur, injunctive, and declaratory relief concerning changes made to the Systematic Alien Verification for Entitlements ("SAVE") system by the Department of Homeland Security ("DHS") and Social Security Administration in 2025, and is focused primarily on the actions of DHS, which administers SAVE. The complaint in this case, by contrast, seeks vacatur, injunctive, and declaratory relief concerning the Department of Justice's ("DOJ's") collection, consolidation, disclosure, and use of voter registration data from states. The two cases are brought by different plaintiffs against different defendants, are focused on different agency systems of records,

challenge different agency actions, and implicate different administrative records for purposes of judicial review under the Administrative Procedure Act. And the cases are in very different stages of development: whereas the *League of Women Voters* case was filed on September 30, 2025, and has been litigated substantially since then, this case was filed very recently, on April 21, 2026, and is still in its preliminary stages.

In sum, the significant "factual and legal differences" between the two cases "confirm that consolidating the actions would not conserve judicial resources and risks introducing confusion." *ACLU*, 2024 WL 4285894, at *2. The parties therefore respectfully request that the Court not consolidate the actions and instead enter the parties' jointly proposed dispositive motion briefing schedule. *See* ECF No. 12.

Dated: May 1, 2026

 /s/ *Nikhel S. Sus*

Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596 Washington, DC 20044
Tel: (202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #340
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Jane Bentrott (D.C. Bar No. 1029681)
Naomi Gilens (D.C. Bar No. 90037831)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite # 163

Respectfully submitted,

/s/ *Christian Dibblee*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-5980
E-mail: christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

2

Washington DC 20006
Tel: (202) 579-4582
Fax: (202) 769-3176
naomi.gilens@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

John Haubenreich*
PROTECT DEMOCRACY PROJECT
1108 McKennie Ave., Suite #223
Nashville, TN 37206
Tel: (202) 579-4582
john.haubenreich@protectdemocracy.org

Laurence M. Schwartztol (D.D.C. Bar No.
MA0007)
DEMOCRACY AND RULE OF LAW CLINIC,
HARVARD LAW SCHOOL
1525 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 998-1877
lschwartztol@law.harvard.edu

Ming Cheung*
Ari J. Savitzky*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mcheung@aclu.org
asavitzky@aclu.org
tlee@aclu.org
slakin@aclu.org

Laura K. Follansbee (D.C. Bar No. 1782046)
Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA

529 14th Street NW, Suite 722
Washington, DC 20045
Tel: (202) 457-0800
lfollansbee@acludc.org
aspitzer@acludc.org

* Admitted *pro hac vice* or *pro hac vice*
motion forthcoming

*Counsel for Plaintiffs*

4