**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE,

*Defendants*.

Case No. 1:26-cv-01352

**MOTION FOR ADMISSION *PRO HAC VICE* OF THERESA J. LEE AS ADDITIONAL COUNSEL FOR PLAINTIFFS**

Pursuant to LCvR 83.2(c), Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Theresa J. Lee, an attorney with the American Civil Liberties Union Foundation, and a member of the bars of New York (5022769) and the Commonwealth of Massachusetts (712583 - inactive), as additional counsel for Plaintiffs in this case. Ms. Lee's declaration is filed herewith.

Date: May 7, 2026

/s/ *Laura K. Follansbee*
Laura K. Follansbee (D.C. Bar No. 1782046)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
(202) 457-0800
lfollansbee@acludc.org

*Counsel for Plaintiffs Common Cause, Common Cause Education Fund, Anthony Nel, Haley Smith, Linda Duckworth, and Ruth Nasrullah*