**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE,

*Defendants*.

Case No. 1:26-cv-01352

**[PROPOSED] ORDER**

Upon consideration of the motion to admit Theresa J. Lee to appear in this action, *pro hac vice*, it is hereby ORDERED that the motion is granted.

Date: ____________

______________________________
Sparkle L. Sooknanan
United States District Judge