## THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

COMMON CAUSE, *et al.*,

        *Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

        *Defendants*.

No. 1:26-cv-01352-SLS

Hon. Sparkle L. Sooknanan

### NOTICE OF ADMINISTRATIVE RECORD

    Pursuant to Local Civil Rule 7(n)(1), Defendants are filing the certified list of the contents of the administrative record in the above-captioned case.

Date:  May 7, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-5980
E-mail: christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

1