**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*<br><br>              Plaintiffs,<br><br>      v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>              Defendants. | Case No. 1:26-cv-01352-SLS |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Plaintiffs Anthony Nel, Haley Smith, Linda Duckworth, Ruth Nasrullah, Common Cause, and Common Cause Education Fund respectfully move for summary judgment on Counts I, VI, VII, and VIII of Plaintiffs' Complaint (ECF No. 1). For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs are entitled to summary judgment on Counts I, VI, VII, and VIII of their Complaint. In support of this Motion, Plaintiffs submit the attached Declarations of John B. Hill (Exhibit A), Elena Nunez (Exhibit B), Gavin Geis (Exhibit C), Julia Vaughn (Exhibit D), Catherine Turcer (Exhibit E), Anthony Gutierrez (Exhibit F), Plaintiff Anthony Nel (Exhibit G), Plaintiff Linda Duckworth (Exhibit H), Plaintiff Ruth Nasrullah (Exhibit I), Plaintiff Haley Smith (Exhibit J), Alex Doe (Exhibit K), Bailey Doe (Exhibit L), Claudio Mosse (Exhibit M), and Mohammed Nasrullah (Exhibit N). A proposed order is also attached.

Plaintiffs request an oral hearing on this motion pursuant to Local Civil Rule 7(f).

Dated:    May 19, 2026                    Respectfully submitted,

By:    */s/ Nikhel S. Sus*
       Nikhel S. Sus (D.C. Bar No. 1017937)
       John B. Hill (N.Y. Bar No. 5505508)*
       CITIZENS FOR RESPONSIBILITY
       AND ETHICS IN WASHINGTON
       P.O. Box 14596 Washington, DC 20044
       Tel: (202) 408-5565
       nsus@citizensforethics.org
       jhill@citizensforethics.org

       Sara Chimene-Weiss*
       PROTECT DEMOCRACY PROJECT
       7000 N. 16th Street, Suite 120, #340
       Phoenix, AZ 85020
       Tel: (202) 934-4237
       sara.chimene-weiss@protectdemocracy.org

       Jane Bentrott (D.C. Bar No. 1029681)
       Naomi Gilens (D.C. Bar No. 90037831)
       PROTECT DEMOCRACY PROJECT
       2020 Pennsylvania Ave. NW, Suite # 163
       Washington DC 20006
       Tel: (202) 579-4582
       Fax: (202) 769-3176
       jane.bentrott@protectdemocracy.org
       naomi.gilens@protectdemocracy.org

       Jared Fletcher Davidson*
       PROTECT DEMOCRACY PROJECT
       82 Nassau St., #601
       New York, NY 10038
       Tel: (202) 579-4582
       jared.davidson@protectdemocracy.org

       John Haubenreich*
       PROTECT DEMOCRACY PROJECT
       1108 McKennie Ave., Suite #223
       Nashville, TN 37206
       Tel: (202) 579-4582
       john.haubenreich@protectdemocracy.org

       Laurence M. Schwartztol (D.D.C. Bar No. MA0007)
       DEMOCRACY AND RULE OF LAW CLINIC,

HARVARD LAW SCHOOL
1525 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 998-1877
lschwartztol@law.harvard.edu

Ming Cheung*
Ari J. Savitzky*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mcheung@aclu.org
asavitzky@aclu.org
tlee@aclu.org
slakin@aclu.org

Laura K. Follansbee (D.C. Bar No. 1782046)
Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
Tel: (202) 457-0800
lfollansbee@acludc.org
aspitzer@acludc.org

* Admitted *pro hac vice*

*Counsel for Plaintiffs*