# Exhibit C

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01352-SLS |

**DECLARATION OF GAVIN GEIS ON BEHALF OF COMMON CAUSE**

I, GAVIN GEIS, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.      I have been a member of Common Cause since 04/01/2012. I currently serve as the State Director for Common Cause in Nebraska. I have served in this role since 07/01/2013.

3.      In my role, I am responsible for all Common Cause operations in Nebraska, including our work to protect voting rights, promote ethical government, and hold power accountable. I work with multiple coalitions to advance pro-voter reforms and increase civic engagement, including through in-person testimony on relevant state legislation, public education via Common Cause and partner events, engagement with members of the press, advocacy with legislators, and through organizing Nebraskans to make their voices heard in the political process.

4.      As of this writing, there are nearly one million members of Common Cause nationwide, approximately 4,300 of whom are in Nebraska.

1

5. There are two Common Cause staff members responsible for carrying out the organization's mission in Nebraska. The staff in Nebraska consists of myself and a state organizer.

6. Consistent with Common Cause's mission nationally, Common Cause's mission in Nebraska is to create open, honest, and accountable government that serves the public interest; promote equal rights, opportunity, and representation for all; and empower all people to make their voices heard in the political process.

7. In Nebraska, Common Cause works on a nonpartisan basis to expand and protect equal access to voting for all citizens on multiple fronts, including by: (1) educating voters about new laws and policies, including by developing informational materials and serving as an expert on election administration and election law changes for partner organizations involved in voter registration; (2) coordinating election protection efforts, including by coordinating a poll monitoring program with partner organizations; (3) advocating for greater access to voting, such as enacting a constitutional provision regarding a right to vote and opposing the use of the federal SAVE system for voting purposes; (4) protecting democratic processes, including the public ballot measure process in the state.

8. The collection of voter data from Nebraska by the U.S. Department of Justice ("DOJ") has already burdened Common Cause's work in the state and made executing its mission more difficult.

9. In order to carry out Common Cause's mission effectively and address the concerns of voters and partner organizations, I have to keep myself and the other staff updated on new legal and political developments pertaining to voting and elections. I have found it very difficult to keep up to date with all of the latest developments, including locating information

2

about Nebraska's voter data and who it may have been disclosed to. Since Fall 2025, we have spent roughly 20 hours contacting state and local election officials in an effort to understand what data they are sharing with DOJ and what agreements they have with the federal government regarding the data-sharing. That included contacting the Nebraska Secretary of State to see if he intended to share the state voter database with DOJ. We did not receive clear answers from the state and pursued litigation to block the state from releasing voter data; the case is still pending before the Nebraska Supreme Court. The issue of voter information and data privacy is at the nexus of voting rights and government access and transparency and has been an important issue for Common Cause, particularly in Nebraska, for years.

10.    Since DOJ began gathering voter data, Nebraskans' interest in data privacy and security has exploded; I estimate that there has been a tenfold increase in the questions we've received on this subject. The inquiries have come from people expressing fear of their voter data getting leaked or wrongfully disclosed, particularly sensitive information like social security numbers; and individuals who are fearful of political retaliation and voter purges, particularly naturalized citizens who feel vulnerable. For example, I've spoken with one individual who fears being targeted by voter roll purges due to their naturalized status and is concerned about potential disruption to any family member's immigration proceedings.

11.    If DOJ's efforts to gather and misuse voter data is not stopped, we will need to create public education materials explaining DOJ's actions and its impact on voters. I anticipate that our materials will focus on naturalized citizens, as well as married voters who have name changes, because, in our experience, those individuals are among the most likely to be misidentified as non-U.S. citizens due to gaps in government databases. Purging voter registrations based on unreliable information and deterring people from participating in our

3

democracy undermines Common Cause's mission and makes our efforts to engage voters less effective.

12.     Similarly, if DOJ's efforts to remove registered voters from the rolls is not blocked, we will need to revise the trainings and training materials that we provide to our poll monitors. Together with our coalition partners, we train approximately 200 volunteers in an election year, to cover about 300 polling locations in the state. Our monitors are trained to answer questions from voters and to identify and report any issues they observe, such as inaccessibility and improper signage. Unless DOJ's actions are stopped, we will need to update our training materials, such as voter FAQs, to address the privacy concerns that many voters have. We will also have to train our volunteers to identify and assist voters who may be turned away because their voter registration has been purged. Because of the risk that eligible voters may be prevented from voting, we will have to prioritize our poll monitoring program and devote more resources towards recruiting and training volunteers in order to protect voters from being disenfranchised by DOJ's actions. This would require us to divert attention from our work engaging with Nebraskans in rural communities on the creation of voting districts and the impact of money on our elections. Additionally, we would need to engage in a public education campaign to remind voters to check their registration status to ensure they have not been purged from the rolls. This would require the diversion of our existing resources, redirecting at least 100 hours of worktime away from our current programs, with the possibility of greater diversion depending on the extent of voter roll purges and needs of voters.

13.     In order to create educational or training materials, it is important that we have access to complete and accurate information about the processes and procedures related to voting and elections in the state. Unless we obtain full and accurate information from DOJ about its

intended uses of voter data, the security of DOJ's data practices, the persons that have access to Nebraskan voters' data, and the process for removing Nebraskan voters' registrations, we face a significant risk of misinforming voters and the broader public. Providing incorrect information to voters, volunteers, partner organizations, or the public in general could lead to disenfranchisement and would likely damage Common Cause's good will and reputation, which the organization has worked hard to build up and maintain for years.

14.     Typically, we begin our voter education and volunteer efforts in Nebraska 4 months before an election. This year, because elections are taking place on May 12th and November 3rd, we began our election-related efforts on February 1st and will continue our efforts through November. If we did not begin by that date, we would lose the time and opportunity to engage voters before the election. Had DOJ disclosed information about its collection and use of voter data earlier, we could have already trained our volunteers and educated voters on those issues before the May election.

15.     Common Cause's other programs and priorities in Nebraska include campaign finance reform, fair redistricting reform, public education on state sunshine laws, government accountability work. and partnership with underrepresented communities to identify barriers to participation in the democratic process.

16.     Common Cause has limited resources to effectuate its mission, including in Nebraska. Because our state organizer and I have limited capacity, we have to pick and choose which programs and initiatives to prioritize. The DOJ's inserting itself into the voter registration and election administration processes in Nebraska has created new obstacles to political participation and already caused us to devote more resources to explaining data privacy and security concerns. Due to DOJ's ongoing actions, we have been forced to delay our public

education work on political spending in Nebraska by eight months and have not had the capacity to engage like we have previously with Nebraskans on legislation introduced during the 2026 Nebraska legislative session. Unless the DOJ's actions are blocked, it will further force us to divert resources from other priorities critical to Common Cause's mission.

 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Lincoln, NE on May 14, 2026.

*Gavin Geis*

GAVIN GEIS

6