# Exhibit D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01352-SLS |

**DECLARATION OF JULIA VAUGHN ON BEHALF OF COMMON CAUSE**

I, JULIA VAUGHN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.	I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.	I currently serve as State Director of Common Cause in Indiana. I have served in a substantially similar role since 2022 and have been a member of Common Cause's staff since 1994.

3.	In my role, I am responsible for all Common Cause operations in Indiana, including our work to protect voting rights, promote ethical government, and hold power accountable. To fulfill these responsibilities I lead the All IN for Democracy coalition, develop strategies and messaging for the coalition and Common Cause in Indiana, educate and organize our members, lobby the Indiana General Assembly, serve as the organization's spokesperson, recruit and develop advisory board members and work with volunteers, conduct fundraising activities, and supervise staff.

4.	As of this writing, there are nearly one million members of Common Cause nationwide, approximately 17,600 of whom are in Indiana.

1

5.      There are two Common Cause staff members primarily responsible for carrying out the organization's mission in Indiana, consisting of myself and an organizer. We also occasionally have a part-time intern.

6.      Consistent with Common Cause's mission nationally, Common Cause's mission in Indiana is to reduce barriers to voting and give all voters an equal voice in elections. We also work to reduce the influence of big money on the political and legislative process, and to make campaign finance and lobbying expenditures more transparent. We work to register voters, particularly those in marginalized communities, and to educate them about why elections matter and help them gain the information they need to be informed voters.

7.      In Indiana, Common Cause works on a nonpartisan basis to expand and protect equal access to voting for all citizens on multiple fronts, such as: (1) coordinating Election Protection efforts, including by coordinating a poll monitoring program with partner organizations; (2) educating voters about voting-related laws and policies; (3) registering new voters, particularly in under-served communities; (4) advocating for greater access to voting, such as by opposing the use of the federal SAVE system and other flawed databases to determine eligibility to vote; and (5) promoting democracy and representation, such as by opposing the drawing of gerrymandered districts and encouraging local communities to pass ordinances creating bipartisan citizens redistricting commissions.

8.      Common Cause's other programs and priorities in Indiana include advancing open government and transparency measures and advocating against any law enforcement agency actions that deny any person of due process and their other constitutional rights.

9.      The Department of Justice ("DOJ") gathering of voter data has already burdened Common Cause's work in Indiana and made executing its work more difficult.

10.     In order to successfully register voters, Common Cause staff must keep up to date on changes to voting-related policies and procedures, such as requirements that voters provide documentary proof of citizenship and processes for purging voter registrations.

11.     Voter registration is a regular part of Common Cause's work in Indiana, with staff (and trained volunteers) conducting voter registration events approximately 2–3 times a month in an election year such as this year. Common Cause staff in Indiana has focused on voter registration in under-served communities, including in low-income neighborhoods and with groups representing naturalized citizens and households with mixed immigration statuses. Common Cause staff also prioritizes voter registration programs with individuals who may have been involved with the criminal justice system in the past and are regaining their right to vote.

12.     Based on Common Cause's experience working with these communities, we are concerned that voters will be reluctant to register when their information will be shared with federal law enforcement agencies, such as DOJ or the Department of Homeland Security. Immigration enforcement has been an issue of especially heightened concern in communities that Common Cause serves. Those concerns have spread across Indiana, where people are on high alert for possible immigration enforcement. For example, Common Cause staff recently observed approximately 200 people attend a protest against Immigration and Customs Enforcement in Carmel, a relatively high-income suburb.

13.     Common Cause staff has also seen voters express concern and anxiety that their registration may be removed or made inactive. In the months since the DOJ announced they were collecting voter data from states, when we talk about these issues with voters we frequently hear that, even though they are regular voters, they check their voter registration at indianavoters.in.gov before every election because they fear being wrongfully purged from the

voting roll. Leading up to the May 2026 primary election at least 10 individuals expressed concern about themselves or people they knew being removed from the roll. In all of these cases, I communicated with the individuals and informed them of how to check their registration on state websites.

14.    In Common Cause's experience, a lack of trust in the government makes convincing people to register to vote and participate in politics much more difficult. For example, because of the extreme amounts of money in elections, people we speak with tend to believe that elected officials only listen to wealthy special interests and well-connected people instead of advancing the interests of ordinary people.

15.    Because of concerns about privacy and DOJ gathering of sensitive voter data, Common Cause staff in Indiana has already had to spend time and resources to respond. The Common Cause Indiana Executive Director leads the All IN for Democracy coalition, which meets regularly. After the Indiana Secretary of State turned over the voter file last summer, several coalition meetings have focused on the topic of protecting voters from unauthorized uses of this data on the agenda. We and our partners have spent time trying to understand how this information was transmitted and what parameters, if any, were put in place to protect voters. We have also spent time discussing how to respond to this situation and how to educate our members about the risks to their personal information. Common Cause staff in Indiana is a source of expertise on changes in voting-related laws and policies, and actions like DOJ collecting voter data, which has not been a transparent process, make it more difficult for Common Cause staff to keep partners and voters informed about potential new barriers to voting.

16.    In order to accurately inform partners and voters, it is important that Common Cause has access to complete and accurate information about the processes and procedures

4

related to voting and elections.  Unless we obtain full and accurate information from DOJ about its intended uses of voter data, the security of the agency's data practices, the persons that have access to Indiana voters' data, and the process for removing Indiana voters' registrations, we face a significant risk of misinforming voters and the broader public.  Providing incorrect information to voters, volunteers, partner organizations, or the public in general could lead to disenfranchisement and would likely damage Common Cause's good will and reputation, which the organization has worked hard to build up and maintain for years.

17.    Election Protection is a major area of work for Common Cause staff in Indiana that has been ongoing since 2008. Those efforts include training volunteers to answer voter questions and distribute palm cards containing information about the election and hotlines for seeking further assistance. Volunteers will also be stationed at polling locations to identify and report voting-related issues to Common Cause staff using a checklist. Due to lack of sufficient volunteers, Common Cause staff must prioritize 50–60 locations in Marion and Hamilton counties where issues are likely to occur. Common Cause staff has to train volunteers on new legal developments, such as when the State began requiring documentary proof of citizenship.

18.    Common Cause anticipates having to train Election Protection volunteers to look for and assist voters who may be prevented from voting as a result of their voter registration being removed or rendered inactive as a result of DOJ using the SAVE database. Volunteers are typically trained to spot issues such as long lines, illegal electioneering, or people being at the wrong polling place. Common Cause's volunteers are limited in number and have limited capacity—requiring them to assist an additional category of potentially disenfranchised voters makes them less effective at addressing other issues that arise at polling locations and also make Common Cause's training efforts more complicated and time-consuming.

19.     Typically, we begin our voter education and volunteer efforts in Indiana months before an election.  For example, we began preparing for the May primary in March, and we will begin outreach for the general election in September. If we do not have the information we need to educate the public by then, we would lose the time and opportunity to engage voters before the election.

20.     In response to past efforts by the State of Indiana to purge voters, Common Cause has sued to stop such efforts and worked to remind voters to check their voter registration status before an election. Common Cause anticipates needing to engage in similar public education efforts if DOJ attempts to use the SAVE system to remove or deactivate voter registrations in Indiana. Common Cause has had to engage in similar efforts in response to Indiana purging voters based on inaccurate lists obtained from the state DMV. When new processes are implemented that impact voter registration, Common Cause volunteers typically receive more questions and generate more calls to me as well as to the voter assistance hotline.

21.     Because Common Cause only has a two-person staff in Indiana, Common Cause must pick and choose which priorities to focus on. When an urgent and unforeseen issue arises that threatens voters' ability to participate in the democratic process and receive fair representation, Common Cause has to put other programs and activities on hold in order to respond to the emergency. For example, in response to an unexpected mid-decade effort to redraw Indiana's congressional districts in a way that went against our organization's commitment to fair representation, Common Cause effectively put all other work on hold in order to advocate against the attempted redistricting for almost 5 months.

22.     Purging of qualified voters and deterring political participation undermine Common Cause's mission and make our work of engaging voters less effective. If DOJ's

attempts to collect and nationalize voter registration is not stopped, Common Cause staff in Indiana will likely be forced to focus its attention on mitigating the risk of erroneous purging of voter registrations, including by conducting public education campaigns to remind voters to confirm their registration status and by recruiting and training volunteers to identify and assist impacted voters. As a result, Common Cause staff in Indiana will likely be forced to divert resources and staff time from other priorities in the State, such as advocacy on lobbying reform and legislative ethics, passing local redistricting reform, conducting a civic education campaign on the Far-Eastside of Indianapolis and starting a civic leadership training program for young Black voters in Indianapolis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Indianapolis, Indiana on May 15, 2026.

JULIA VAUGHN

7