# Exhibit E

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:26-cv-01352-SLS |

**DECLARATION OF CATHERINE TURCER ON BEHALF OF COMMON
CAUSE**

I, CATHERINE TURCER, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　　I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.　　　I have been a member of Common Cause for over a decade. I currently serve as State Director in Ohio. I have served in this or a substantially similar role since 2012.

3.　　　In my role, I am responsible for all Common Cause operations in Ohio, including our work to protect voting rights, and promote ethical, transparent, and accountable government. I coordinate and supervise the other Common Cause Ohio-based employees.

4.　　　As of this writing, there are nearly one million members of Common Cause nationwide, approximately 34,000 of whom are in Ohio.

5.　　　There are three Common Cause staff members responsible for carrying out the organization's mission in Ohio, consisting of myself, a voting and elections manager, and an associate director. We are also planning to bring on an Election Protection organizer to join our staff this summer in advance of the election.

1

6.      Consistent with Common Cause's mission nationally, Common Cause's mission in Ohio is to uphold the core values of American democracy. Our work focuses on state and federal government: We work to create open, honest, and accountable government that serves the public interest; promote equal rights, opportunity, and representation for all; and empower all people to make their voices heard in the political process.

7.      In Ohio, Common Cause works on a nonpartisan basis to expand and protect equal access to voting for all citizens on multiple fronts, including by: (1) coordinating election protection efforts as part of the Ohio Voter Rights Coalition, including recruiting and training volunteers for a poll monitor program and promoting the 866-OUR-VOTE hotline; (2) serving as an expert on changes in laws and policies affecting voting and elections in Ohio; (3) observing and monitoring proceedings conducted by the boards of elections; (4) protecting democratic processes, including by opposing legislation and directives from the Ohio Secretary of State that would undermine access to the ballot and the right to vote in Ohio, and (5) developing and deploying voter education resources to partners, volunteer educators, and voters.

8.      Common Cause's other programs and priorities in Ohio include promoting fair courts, open government, and equitable redistricting, as well as exposing corruption and pushing for government accountability. Our work includes pushing back against government overreach and promoting due process and civil rights.

9.      The Department of Justice's ("DOJ's") gathering of voter data has already burdened Common Cause's work in Ohio and made executing its work more difficult.

10.     Common Cause staff in Ohio are experts on election administration. Other organizations turn to Common Cause for regular briefings and updates, including on DOJ's collection of voter data and the resulting privacy issues. Common Cause staff frequently join

calls with partner organizations to share information on election rules and processes; provide quarterly briefings to coalition partners; host monthly meetings with Common Cause members from Ohio; hold bi-weekly coalition member calls with updates; and provide media alerts and public comments on changes to the Secretary of State's election official manual, as an example.

11.    Ohio's Secretary of State collaborated with DOJ by turning over voter rolls in February 2026. The Secretary of State and DOJ provided no information about why this data transfer was necessary, the purpose of the transfer or the process at the time of action. Ohio's sharing of voter data with the federal government has caused the Ohio staff at Common Cause to spend significant time working to understand federal use and investigation of Ohio's voter records. This includes seeking to understand a recent Department of Homeland Security visit to a Dayton Career Center related to a voter registration drive, and the federal government's public records requests for specific voter information, including voting history, from multiple county boards of elections. Common Cause's job of educating the public and other groups is made very difficult by the total lack of transparency surrounding both the use of the federal SAVE system and the process for investigating and removing voters from the rolls. Common Cause has worked hard to build its reputation as an expert when it comes to elections and election procedure, and the lack of available information related to the federal government's collection and use of voter data threatens to undermine our mission. Common Cause staff in Ohio intends to update our briefing materials by August 2026 at the latest to reflect DOJ's use of voter data.

12.    Common Cause has also been engaging in nonpartisan Election Protection work in Ohio since 2012, as a leading organization in the Ohio Voting Rights Coalition and its steering committee. The Election Protection program includes recruiting and training volunteers to monitor outside of polling locations, during both early vote and on Election Day; reporting out

3

from county boards of elections meetings; running a peacekeeper program at the polls; promoting the Election Protection hotline; planning for attacks on elections and election results; and creating social media and other advocacy toolkits. Volunteer poll monitors undergo an hour-long training process, receive a checklist to spot potential issues at the polls, and learn how to speak with and assist voters. Poll monitors are also trained to identify people who may have been required to cast a provisional ballot instead of a regular ballot, based on a voter exiting a polling location with a provisional ballot informational handout. Having more voters purged or denied the ability to cast a regular ballot will result in poll monitors having to assist more people, which would detract from their ability to make sure that polling locations are not presenting other issues, such as long lines, inadequate access or signage, reports of equipment issues, electioneering, or voter intimidation. In Ohio, it is very difficult to cure provisional ballots, and Common Cause staff and volunteers do not have capacity to help large numbers of voters who are required to vote provisionally.

13.    Due to the lack of official information from DOJ regarding its plans for maintaining and using voter data from Ohio, Common Cause staff has had to spend significant time attempting to investigate and find out what federal, state, and local officials have planned to do. The secrecy and lack of transparency are extremely disruptive. For example, a few months ago, when a reporter uncovered actions related to voter registration taken by the Secretary of State that were not publicly disclosed at the time, Common Cause had to stop what we were doing and divert resources to researching the issue, answering requests from the media and partners, updating our volunteer educators, and responding to related activity. Common Cause and voting rights coalition partners have met with election officials to better understand and compare how SAVE changes will be implemented across different counties, created press

statements to alert the public and the media, developed and updated training materials for Election Protection volunteers and voter education advocates. We've also identified the need to create a new legal volunteer role for Ohio's Election Protection efforts to help us prepare to help protect voters and continue our work adjacent to related federal action. Since December 2025, Common Cause has spent more than 75 hours working to investigate, build relationships, and respond to reports around understanding the current unknowns of federal involvement in Ohio's voter registration. Since very little information comes out of the Ohio Secretary of States' office directly, our team spends significant time searching through local media reports to further research related action or actors, building a timeline of events and potential impacts to voters.

14.     These efforts have diverted staff time and resources away from voter education. There is already a significant amount of voter confusion around federal and state voting laws in response to proposed federal legislation, executive orders, and comments from the executive branch on social media: the public does not necessarily differentiate between unsubstantiated commentary and enacted law, so Common Cause steps in to try to clarify. Common Cause routinely needs to answer questions from voters about what identification and credentials they need to vote. We also work in close coalition with voting rights organizations to educate voters on a larger scale by developing materials, FAQ sheets, social media tool kits and informational presentations. However, our ability to convey accurate information is already at a deficit when we cannot point to primary government sources to fact check information, especially when countering unsourced and unverified posts on social media. The lack of government transparency prevents us from doing one of the more crucial parts of our work – holding the government accountable to the people. A recent scandal resulted in the former Speaker of the Ohio House

5

going to federal prison; it is clear that policies need to be established to ensure that we can root out corruption and ensure transparency and accountability.

15. Common Cause staff also promotes political participation by encouraging people to register to vote and to check their voter registration status. Common Cause staff also help register voters and answer questions about voter registration at community events when there is an opportunity to do so.

16. DOJ's seizure of voter data and the government's lack of transparency make it more difficult for Common Cause staff to reassure people who are concerned about their information being collected and shared. In Common Cause's experience engaging voters, it already is difficult to persuade people to opt in and engage politically, but it is much harder to persuade people who do not trust the government. Purging voter registrations based on unreliable information and deterring people from participating in our democracy undermines Common Cause's mission and makes our efforts to engage voters less effective.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Arlington, MA on May 15, 2026.

CATHERINE TURCER

6