# Exhibit F

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-01352-SLS |

**DECLARATION OF ANTHONY GUTIERREZ ON BEHALF OF COMMON CAUSE**

I, ANTHONY GUTIERREZ, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.     I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.     I am a member of Common Cause, and I currently serve as State Director in Texas. I have served in a substantially similar role and have been a member of Common Cause's staff since 2016.

3.     In my role, I am responsible for all Common Cause operations in Texas, including our work to protect voting rights, promote ethical government, and hold power accountable. I also manage three employees, as well as temporary Democracy Fellows, act as our chief spokesperson, and am responsible for fundraising and overseeing our budget.

4.     As of this writing, there are nearly one million members of Common Cause nationwide, approximately 40,000 of whom are in Texas.

5.     There are four Common Cause staff members who are primarily responsible for carrying out the organization's mission in Texas. The staff in Texas consists of myself, a policy

1

director, a program manager, and a digital organizer. Separate from the permanent staff, Common Cause also hosts several Democracy Fellows each semester. We currently have seven Democracy Fellows.

6.      Consistent with Common Cause's mission nationally, Common Cause's mission in Texas is to advance and protect democracy in the State. Our work focuses on state and federal government: We work to create open, honest, and accountable government that serves the public interest; promote equal rights, opportunity, and representation for all; and empower all people to make their voices heard in the political process.

7.      In Texas, Common Cause works on a nonpartisan basis to expand and protect equal access to voting for all citizens on multiple fronts, including by: (1) educating voters about new laws and policies; (2) coordinating election protection efforts, including by recruiting and training poll observers; (3) advocating for reforms in election administration at the county and local levels; and (4) protecting democratic processes, by advocating for campaign finance and redistricting reforms.

8.      Common Cause's other priorities in Texas include serving as a watchdog for issues related to government ethics and corruption, advocating for campaign finance reforms, and leading the Texas Election Reform Coalition—a coalition of nonpartisan national and state organizations who work on voting rights.

9.      The Department of Justice ("DOJ") gathering of voter data has already burdened Common Cause's work in Texas and made executing its work more difficult.

10.     Increasing voter participation is one of the core objectives for Common Cause in Texas, which has one of the lowest participation rates in the country. To achieve that goal, Common Cause staff in Texas engages in public education campaigns to raise awareness of

election deadlines and election-related changes. Common Cause staff creates a range of materials, including public-facing materials for voters as well as toolkits for organizational partners who are part of the Texas Election Reform Coalition. Common Cause spends resources on advertisements and social media boosting in order to reach more voters. In recent months, Common Cause staff in Texas has created materials regarding voter data and data privacy, due to the Department of Justice's efforts to obtain voter data.

11.     Common Cause staff in Texas regularly field questions from the public related to voter registration and elections. Staff members have received questions regarding voter data and privacy and the State's data-sharing with the federal government.

12.     Another way in which Common Cause increases voter participation in Texas is through voter registration efforts. For example, Common Cause staff encourage Democracy Fellows to complete the training and registration process needed to become deputy registrars, so that they can register voters at community and tabling events.

13.     Election Protection is one of Common Cause's main programs in Texas. Common Cause staff members work with partner organizations to recruit and train volunteers to be poll observers. Volunteers are given an overview of voting rights, problems that may arise during an election, and the mission of the program. Poll observers are trained to spot issues, assist voters, and refer questions to a voter assistance hotline—the assistance may include helping to make sure voters are registered to vote and are at the right polling location.

14.     Common Cause staff is aware that the Department of Justice has entered into a memorandum of understanding with the State of Texas, and that under the agreement, the Department of Justice intends to analyze Texas's voter file and then direct the State to remove

voter registrations for individuals identified as ineligible by the Department of Justice within 45 days.

15.     The Department of Justice's attempt to gather voter data and nationalize voter registration interferes with Common Cause's election protection work in several ways. For one, Common Cause staff anticipate having to create materials concerning data and privacy issues because federal actions with regards to voter data have generated increased public attention and interest in those questions. Furthermore, because of the risk that voter registrations may be purged or deactivated as a result of the Department of Justice's collection of voter data, Common Cause staff in Texas anticipate having to conduct more intensive public education efforts, including by starting such campaigns earlier, to remind voters to check their registration status. Planning for public education efforts for a major general election typically begin at least a year out with Common Cause staff and coalition partners discussing and planning out what our program will look like, how many volunteers we'll need, what jurisdictions we'll prioritize, and what, if any, major changes need to be made to trainings and/or materials. Public-facing education typically would not begin until after we have concluded any elections that occur earlier in the calendar. However, this year, we've already started some educational efforts regarding privacy, including an informational video posted on social media, which is not a thing we'd normally do at this point in the election cycle. Had DOJ disclosed information about its collection and use of voter data earlier, we could have already begun training our volunteers and educating voters on those issues. Because we have already begun our voter education efforts, any further delay reduces the amount of time we have to inform the public about DOJ's actions and its impact on voters.

16.     In order to accurately inform partners and voters, it is important that Common Cause has access to complete and accurate information about the processes and procedures related to voting and elections.  Unless we obtain full and accurate information from the Department of Justice about its intended uses of voter data, the security of the agency's data practices, the persons that have access to Texas voters' data, and the process for removing Texas voters' registrations, we face a significant risk of misinforming voters and the broader public.  Providing incorrect information to voters, volunteers, partner organizations, or the public in general could lead to disenfranchisement and would likely damage Common Cause's good will and reputation, which the organization has worked hard to build up and maintain for years.

17.     Common Cause staff will also have to train volunteer poll observers to try to identify and assist voters who are unable to vote because their voter registration has been purged or deactivated as a result of the Department of Justice's actions. Our training currently runs about 90 minutes and we aim to have it cover only the essential procedural things volunteers need to know to perform their functions plus a very high-level overview of the top ten or so basic problems/questions they are most likely to encounter. We are already planning to make modifications to this training, and adding in new details and/or guidance because of the state's collaboration with DOJ interferes with our ability to minimize the length of the training and the burden on volunteers. We also often train Fellows or new Organizers to conduct these trainings but the more complex it becomes, the more likely it will be that more senior staff will have to conduct, or at least be present, on the trainings.

18.     Common Cause has limited resources in Texas. There are only four permanent staff members to address all of the issues related to democracy and good government in one of the largest states in the country, in terms of both geography and population. Because of those

resource constraints, when an unexpected change to election and voting procedures occur, Common Cause staff must divert staff time and resources from other priorities in order to respond. For instance, in summer 2025, Common Cause staff had been planning to conduct a campaign related to election administration around the State by surveying election administrators and pursuing reforms—but due to Texas's unexpected attempt to redraw congressional districts in a way that violated Common Cause's fair redistricting criteria, staff had to pivot to opposing the redistricting effort instead.

19.    In response to past efforts by Texas to purge voters, including through the use of the federal SAVE database, Common Cause has had to respond by engaging in public education to raise awareness about the potential erroneous removal of voters, including by preparing for and testifying at legislative hearings, contacting reporters and media about the issue, encouraging people to check their registrations, raising and explaining the issue on calls with other organizations, promoting the issue on social media, and working with coalition groups to try and identify and contact impacted individuals. Previous purges based on similar data incorrectly flagged up to 95,000 voters. Those past efforts occurred at a time when Common Cause Texas consisted of two staffers and their work described above consumed the vast majority of their time for nearly the entirety of the 2019 legislative session, from mid-February through the end of May when the session concluded, plus a great deal more time addressing lingering confusion for the remainder of that election cycle up until the 2020 General Election. In the event of another erroneous purge, Common Cause would have to attempt outreach to massive numbers of Texans to clarify their eligibility, significantly reshaping our work plan and capacity. Purging of qualified voters and deterring political participation undermine Common Cause's mission and make our work of engaging voters less effective.

20.      Unless the Department of Justice's implementation of its agreement with Texas is stopped, Common Cause will have to expend resources to engage in similar efforts to protect voters from being erroneously purged. Doing so will divert resources from Common Cause's other planned activities in Texas, including its advocacy efforts and its pursuit of election reforms at the local and county level. Other projects, such as advocating for fair redistricting at the local and county levels or working with county officials to encourage them to adopt educational resources and trainings modules on election administration will suffer and/or be delayed indefinitely if we have to shift focus to voter education efforts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this Declaration was signed in Buda, TX, on May 15, 2026.

**ANTHONY GUTIERREZ**

7