# Exhibit H

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, *et al.*,

    Plaintiffs,

   v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

Case No. 1:26-cv-01352-SLS

**DECLARATION OF LINDA DUCKWORTH**

I, Linda Duckworth, declare as follows:

**Background**

1. I am over the age of 18. The statements made in this declaration are based on my personal knowledge, information, and belief.

2. I currently live in Omaha, Nebraska.

3. I am a member of Common Cause of Nebraska.

4. I legally changed my name in 1976 in Missouri when I got married.

5. I was born in 1952 and have been a United States citizen since my birth.

**Voting History**

6. I currently live in and am registered to vote in Douglas County, Nebraska. I have not been disqualified from voting due to a felony conviction or a judgment of legal incompetence.

7. I have been registered to vote in Nebraska since I moved here in 2004. Before that I was registered to vote in Missouri.

1

8.      In order to register to vote in Nebraska, I provided the following information: name, date of birth, residential address, mailing address, address of last registration, driver's license number or last four digits of my Social Security number, telephone number, place of birth, email address, date of application for registration, and party affiliation.

9.      I consider this information to be highly private, especially my party affiliation. When I provided this information to the state of Nebraska, I provided it solely to exercise my fundamental right to vote and expected this information to stay private.

10.     I have not consented to my information being obtained, stored, or used by the federal government. And I have not consented to the federal government sharing my information with private contractors or other third parties.

11.     I deeply value the right to vote and view voting as not only a right but a privilege. I strongly believe that it is important to be knowledgeable about those who are running for office and the issues they stand for. I also ran for a nonpartisan office in 2018.

12.     I particularly value my right to vote as, when I was in college, young people my age who were dying in Vietnam did not have the right to vote. I was 19 years old the year that the Constitution was amended to lower the voting age to 18. Ever since we received the right to vote, exercising that right has been deeply meaningful to me.

13.     I first registered to vote in 1972 and have kept my voter registration current ever since.

14.     I have voted regularly since 1972 and intend to continue doing so, including in all upcoming local, state and federal elections in Nebraska this year.

15.     Encouraging civic participation is very important to me. I am a committee chair for the League of Women Voters for Nebraska ("LWVNE"), and served as president of the

2

LWVNE from 2012 to 2014. In those roles, I led many discussions about voting, including presenting on the history of voting while in costume as Susan B. Anthony. I also served as president of the League of Women Voters of Greater Omaha from 2007 to 2011. During that time, I led the expansion of the organization's voter registration efforts into high schools and to naturalization ceremonies. I have participated in many voter registration events, including the naturalization ceremonies, and every time it fills me with pride to see newly registered voters realizing the solemn duty they have to participate in our democracy in this way.

16.    I regularly encourage and register people in my community to vote. The League of Women Voters publishes a voter guide, both in print and online, posing questions to the candidates that voters may find helpful as they consider the ballot. I do my part to distribute this information and to represent the League by speaking to groups about voting. I intend to continue with that work between now and the general election in November.

**Voting Concerns**

17.    It is my understanding that the Nebraska Secretary of State has provided the U.S. Department of Justice ("DOJ")  with Nebraska's entire voter registration list as part of the DOJ's efforts to compile state voter data.

18.    I am concerned that DOJ may incorrectly identify me as ineligible to vote and instruct Nebraska to cancel my registration. People born before 1981, as I was, and those who have legally changed their names, as I have, are at heightened risk of such misidentification.

19.    I am concerned about DOJ's collection of not only my own voter registration data, but also the data of other people that I care about. In particular, I am concerned about people I know who are naturalized citizens or who were convicted of a felony, as I understand

3

that they are also at a heightened risk of being incorrectly identified by DOJ as ineligible voters. My concern for the people I care about impacts me as well.

**Privacy Concerns**

20.    I do not trust DOJ with this personal data. I am deeply concerned about this administration's ability to protect my personal data.

21.    My concerns are amplified by my knowledge of the current administration's history of misusing and failing to protect personal data in ways that are illegal and unethical.

22.    I am aware that employees of the U.S. Department of Government Efficiency, for example, failed to properly safeguard private individuals' highly sensitive personal information. This makes me more uncomfortable with this DOJ having my information. I fear that this DOJ will act as if there are no restrictions on their use of this data.

23.    Further, I am concerned about the potential that DOJ may disclose my personal information to external parties and I feel threatened by the possibility of that occurring.

24.    I am especially sensitive about potential threats to the security of my private, personal information because I have been targeted by attempted identity thieves in the past. In 2019, someone unsuccessfully attempted to impersonate me and steal my Social Security number. Since that experience, I have been very conscious of my information security, and I take the steps I can to safeguard my personal information. I am very concerned that the government is not helping with those safeguards.

**Informational Injury**

25.    I did not have an opportunity to comment on DOJ's collection and use of my voter registration data. Had I been given the opportunity to comment, I would have done so.

26.    When I learned of DOJ's requests for Nebraska's voter registration data, I submitted a comment to Nebraska's Secretary of State requesting that Nebraska not share this information with DOJ. I did not receive a reply.

27.    I have previously voiced my concerns about what the government is doing in regards to elections. Between 2011 and 2022, I testified to the Nebraska Legislature a number of times regarding voting. My message always centered on safeguarding citizens' right to the ballot. It never occurred to me to worry about safeguarding the private information contained in voter registrations. I had immense trust in our county's election commission and in the Nebraska Secretary of State to keep that information safe. I do not have the same trust in the federal government.

28.    I want to know what the federal government is doing with my voter registration data and am concerned that I do not have this information.

29.    It is extremely concerning that people across the government may have access to my personal data without my consent. I am skeptical of any unauthorized national database, but especially one that contains my private data and lets government officials access and utilize it in a way that can be used against me and others similarly situated.

30.    Beyond feeling violated by the disclosure of my personal information, I also feel scared. As described above, I question how secure my information is. I do not know who can access my data, and I fear that my information may be improperly used against me.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May ⟨17⟩, 2026, in Nebraska.    _____
                                              Linda Duckworth

5