# Exhibit I

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE, *et al*.,

Defendants.

Case No. 1:26-cv-01352-SLS

**DECLARATION OF RUTH NASRULLAH**

I, Ruth Nasrullah, declare as follows:

**Background**

1.    I am over 18 years old. The statements made in this declaration are based on my personal knowledge, information, and belief.

2.    I live in Houston, Texas.

3.    I am a member of Common Cause of Texas.

4.    I was born in 1961 and have been a United States citizen since my birth.

5.    I have legally changed my name three times due to marriage. I first legally changed my name in 1983 after I married my first husband in New York State. I then legally changed my name in 1997 when I married my second husband in Nevada. I legally changed my name for a third time in 2003, when I married my current husband in Texas.

**Voter Registration History and Voting Concerns**

6.    I currently live in and am registered to vote in Harris County, Texas. I have not been disqualified from voting due to a felony conviction or a judgment of legal incompetence.

7.    I first registered to vote in 2004 and have kept my voter registration current ever since.

8.    In order to register to vote in Texas, I provided the following information: name, date of birth, residential address, driver's license number or last four digits of my Social Security number, telephone number, gender, voter registration number, and indication of interest in serving as an election worker.

9.    I provided this information to the state of Texas solely to exercise my fundamental right to vote.

10.    I consider this information highly private. When I provided this information to the state, I did so in order to exercise my right to vote and I expected this information to remain private and securely protected. I believe that the data people share with the state for the purpose of registering to vote should not be used for any other purpose. I have not consented to my registration information being obtained, stored, or used by federal agencies. Nor have I consented to federal agencies sharing that information with private contractors or other third parties.

11.    I deeply value my right to vote, and view voting as the hallmark of American democracy. Exercising my right to vote allows me to have power and participate in our government. I consider this right to be close to sacred.

12.    I have voted regularly since 2004 and intend to continue doing so, including in all upcoming local, state, and federal elections in Texas this year.

13.    Encouraging civic participation is very important to me. I am a certified volunteer deputy voter registrar in Harris County and Brazoria County, Texas.  In this role, I help eligible residents register to vote and promote broader voter participation in my community.

14.     Safeguarding voters' ability to participate in elections is equally important to me. I have worked as an election clerk and as an alternate election judge in Harris County in many elections over the past twenty years.  I was appointed as a poll watcher in 2023 and have served in that role several times. And for approximately the last eight years, I have served as a volunteer for the Texas Election Protection program, which is run by a coalition of civil society groups including Common Cause.

15.     It is my understanding that the Texas Secretary of State has provided the U.S. Department of Justice ("DOJ")  with Texas's entire voter registration list as part of the DOJ's efforts to compile state voter data.

16.     I am deeply concerned that the state of Texas and the federal government may be violating the law by sharing this information and using it inappropriately. Having served as an election clerk and as an alternate election judge, I understand firsthand how critical it is that election administration be conducted in strict accordance with the law.

17.     I fear that this administration may make erroneous connections with my data that mistakenly result in my voter registration being terminated. I understand that there is a heightened risk of erroneous connections for those who, like me, have changed their legal names. I am concerned that, as a result of an error, the government may wrongly accuse me of being illegally registered to vote. Even if I could disprove that accusation, I would not want to have to fight it in court, and I would not want to be labelled a potential criminal.

**Privacy Concerns**

18.     I feel that my privacy has been intruded on and my confidence breached by DOJ collecting my voter registration information. To the extent that DOJ is sharing my information

3

with the U.S. Department of Homeland Security ("DHS") or private third-party contractors, that sharing further compounds the intrusion on my privacy.

19. I do not trust DOJ or DHS with this personal data, and I am deeply concerned about this administration's ability to protect it. This concern is compounded because my Social Security account was already hacked last year, though I was able to recover my access and restore my account.

20. I also fear that this administration may deliberately misuse this data to target me. I am especially concerned about being singled out because I have a Muslim last name, and previously had a Palestinian last name for about 13 years. I also worked for the Council on American-Islamic Relations ("CAIR") from approximately 2014 to 2017, and for the Texas chapter of a Muslim civic engagement group called EmgageUSA for several months in 2020 and from 2023 to 2024. In addition to my paid work with these organizations, I have volunteered with them for many years. For these reasons, I fear that this administration may target me intentionally, either by revoking my voter registration or in some other manner I can't predict. I have been deeply troubled by reports that this administration has unlawfully detained people, including Palestinian activist Leqaa Kordia. I understand that ICE arrested her during a lawful protest, like many protests I have attended over the years, and then detained her for a year, despite a court ordering ICE to release her three times. I do not trust the President, his administration, or the members of his party in Congress to follow the law and I fear similarly becoming a target of unlawful and unfounded persecution.

21. The possibility of being targeted by anyone—but particularly the federal government—causes me serious anxiety and distress. These feelings are compounded because I have been a target of harassment and violence before.

4

22.     During my employment at CAIR, we routinely received phone calls threatening enough that we reported them to the FBI.

23.     I was also physically attacked by an anti-Muslim agitator in 2015. CAIR had organized a Muslim community outing to the Texas State Capitol to promote civic education and to engage with elected officials. I was speaking on behalf of the organization on the Capitol steps when a woman came from behind, grabbed the microphone out of my hand, and began vilifying Muslims. Police were present but they did not immediately intervene. Another CAIR employee eventually recovered the microphone, but the woman remained throughout the event, repeatedly shouting anti-Muslim slurs. She was never arrested or removed.

24.     I also received threats as a result of a blog I published on the Houston Chronicle's website about the experience of being an American Muslim. On one occasion, a commenter made a threat serious enough that the Chronicle's staff advised me to report it to the police. On another, a reader tracked down the bookstore where I worked at the time, came in, and announced that he did not like Islam. Although I was able to diffuse the situation by telling him that he was entitled to his opinion and offering him tea, it was deeply unsettling to know that he had sought me out in person to intimidate me. I also received anonymous letters by mail with threatening and hateful content.

25.     My daughter and I were also subject to violence, stalking, and harassment by my ex-husband in the 1990s. After the glass window in the front door of our home was shattered, we stayed in a battered women's shelter until we could secure new housing. Although we obtained a restraining order, he violated it repeatedly, and he eventually served a year in prison. Those years taught me to be vigilant about my safety and privacy. As a result, I remain particularly sensitive to any erosion of the personal privacy and security that I fought so hard to establish.

5

26.     I now choose to engage in public life and speak publicly about some aspects of my personal life, such as my religion. I am deliberate, however, about what I choose to share, disclosing details of my private life when I believe that doing so will advance a cause that I care about.

27.     I am very aware of my personal security. For example, I use strong passwords and regularly change them, use Proton Mail for its encrypted email service, and never answer phone calls from unknown numbers.

28.     I am deeply anxious and distressed knowing that sensitive personal information has been disclosed without my consent to DOJ and DHS, and that those agencies may share it further with other third parties. I find this particularly distressing because I fear that this administration may intentionally use that information to target me.

**Informational Injury**

29.     I did not have an opportunity to comment on DOJ's collection and use of my voter registration data. Had I been given the opportunity to comment, I would have liked to do so.

30.     I regularly voice my opinion about what the government is doing and have a history of commenting on government decisions. I regularly call and write to my local, state, and federal representatives. I have also testified several times at the Texas State Capitol, most recently about environmental regulations in 2025. And I regularly submit formal, written comments about proposed government actions. For example, last year I submitted written testimony to the Texas House of Representatives opposing HB 2988, which would have removed protections against frivolous lawsuits targeting journalists and others. I would have liked to comment on DOJ's actions here before it collected my voter registration data.

31.    I want to know why the federal government is collecting voter registration information from the states, and if it has a compelling reason to do so. I also want to know how the federal government is using this information.

32.    It is extremely concerning that people across the government may have access to my personal data without my consent. I am skeptical of any unauthorized national database, but especially one that contains my private data and lets government officials access and utilize it in a way that can be used against me and others similarly situated.

33.    Beyond feeling violated by the disclosure of my personal information, I also feel scared. As described above, I question how secure my information is. I do not know who can access my data, and I fear that my information may be weaponized against me for political retribution or other improper purposes.

34.    If I were registering to vote for the first time, knowing that my voter registration information would be shared with the federal government may have given me pause. However, I've been registered in Texas for many years, and this will not stop me from voting. I don't think anything could stop me from voting.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May _15_, 2026, in Texas.

Ruth Nasrullah

7