# Exhibit J

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:26-cv-01352-SLS |

**DECLARATION OF HALEY SMITH**

I, Haley Smith, declare as follows:

**Background**

1.　　I am over 18 years old. The statements made in this declaration are based on my personal knowledge, information, and belief.

2.　　I live in San Marcos, Texas.

3.　　I am a member of Common Cause of Texas. I am also the Vice Chair of Common Cause of Texas's Advisory Board.

4.　　I was born in 2004 and have been a United States citizen since my birth.

5.　　I am currently a student at Texas State University. Like many students, my residential address changes frequently.

6.　　I most recently moved in the summer of 2025, from another address in San Marcos, Texas. Prior to that, I moved in 2023 and 2022. I expect that I will move again this autumn, after I graduate from college.

**Voting History**

7.      I currently live in and am registered to vote in Hays County, Texas. I have not been disqualified from voting due to a felony conviction or a judgment of legal incompetence.

8.      I registered to vote in 2022, when I was 18 years old. At that time, I resided in my freshman year college dormitory.

9.      I have regularly voted in local, state, and federal elections since I registered to vote, and I plan to continue to do so.

10.     In order to register to vote in Texas, I provided the following information: name, date of birth, residential address, driver's license number, telephone number, gender, voter registration number, and indication of interest in serving as an election worker.

11.     I provided this information to the state of Texas solely to exercise my fundamental right to vote.

12.     I consider this information highly private. When I provided this information to the state, I expected this information to remain private and securely protected.

13.     I have not consented to my information being obtained, stored, or used by the federal government, or to the federal government sharing my information with private contractors or other third parties..

14.     I deeply value and cherish my right to vote. I believe that voting rights are fundamental to our democracy as the most powerful and direct method to participate in government and exercise fundamental rights. I am deeply alarmed to witness voting rights increasingly come under attack, and I am determined to do everything in my power to protect and preserve our democracy.

15. I first became involved with Common Cause as a Campus Democracy Fellow in 2022, during my freshman year of college. In that role, I became a certified voluntary registrar in Hays County and led civic engagement efforts on my campus and in my community, including voter registration and mobilization campaigns. I continued to promote Common Cause's civic engagement efforts throughout my four years in college, including by joining Common Cause of Texas's Advisory Board in 2024.

**Voting Concerns**

16. It is my understanding that the Texas Secretary of State has provided the U.S. Department of Justice ("DOJ")  with Texas's entire voter registration list as part of the DOJ's efforts to compile voter data from all 50 states and the District of Columbia.

17. I feel that my right to vote is jeopardized by DOJ collecting my voter registration data.

18. I shared personal data with the state to register to vote and trusted the state to use it for that purpose alone.

19. I wish that I could say that I trust DOJ to use this personal data lawfully and appropriately, but I do not. I am also skeptical about the ability of this administration to use state voter data to correctly and responsibly identify ineligible voters.

20. I am deeply concerned about the prospect of being wrongly identified as an ineligible voter. I understand that individuals who have frequently changed their residential address are at an increased risk of being wrongly identified as ineligible to vote. I fear that, if that were to happen, I could be disenfranchised or even face baseless and unfounded criminal prosecution.

21.     Even if I could successfully defend myself against a criminal prosecution, I do not want to have to do so, and I do not want the government to label me as a potential criminal.

22.     Although DOJ's collection of the state's voter data would not stop me from voting, I believe that it will  make others hesitate to register. I spend a lot of time and effort to convince people that their right to vote is important enough that they should register to vote, and based on my experience, I believe that this will be an obstacle that will make that work harder for me and others like me who are working to promote participation in elections.

**Privacy Concerns**

23.     I am deeply concerned about DOJ's ability to protect my personal data. My concern is amplified by this administration's particularly checkered history with data security.

24.     I am further concerned about the possibility of DOJ not only storing this information itself, but also sharing it with the Department of Homeland Security ("DHS") and third-party private contractors. I do not trust DHS employees or private contractors to access my private voter registration data safely and securely.

25.     I believe that the federal government should be working to protect the people first and foremost, but I do not trust that this administration is doing so.

26.     Personal privacy is particularly important to me because I am a gay woman and I have a transgender brother. We grew up in a very conservative area of Texas and encountered hostility on many occasions. I have concerns for my own physical safety and that of my family should the private, personal information contained in our voter registration files become public.

27.     As a gay woman, I also fear that this administration may deliberately misuse this information against me.

4

**Informational Injury**

28.     I did not have an opportunity to comment on DOJ's collection and use of my voter registration data. Had I been given the opportunity to comment, I would have liked to do so and let it be known that I do not want my voter registration data shared with the federal government.

29.     I regularly voice my opinion about what the government is doing and have a history of commenting on government decisions, including by offering testimony at the state legislature. For example, I have submitted written comments and testified at the Texas State Capitol.

30.     I am anxious and concerned because I do not know what the government is doing with my data, or what steps it is taking to ensure that my data is protected. It is extremely concerning that people across the government may have access to my personal data without my consent. I am skeptical of any unauthorized national database, but especially one that contains my private data and lets government officials access and utilize it in a way that can be used against me and others similarly situated.

31.     Beyond feeling violated by the disclosure of my personal information, I also feel scared. As described above, I question how secure my information is. I do not know who can access my data, and I fear that my information may be weaponized against me for political retribution or other improper purposes.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May  17 , 2026, in Texas.

Haley Smith

5