# Exhibit L

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, *et al.*,

          Plaintiffs,

vs.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

          Defendants.

Case No. 1:26-cv-01352-SLS

**DECLARATION OF BAILEY DOE**

I, Bailey Doe, declare as follows:

1.      I am over 18 years old and a member of Common Cause of Texas. The statements made in this declaration are based on my personal knowledge, information, and belief. I submit this declaration in support of Plaintiffs' motion for summary judgment.

**Background**

2.      I have been a United States citizen since 2021.

3.      I was born in Mexico in 1996. I immigrated to the United States with my family when I was a baby.

4.      I was issued a Social Security Number ("SSN") and card in 2015, when I was nineteen years old. When I applied for an SSN, I was a lawful permanent resident.

5.      I was naturalized in 2021, when I was twenty-five years old.

6.      I have a Certificate of Naturalization, issued in September 2021.

7.      I was issued a U.S. passport, confirming my U.S. citizenship, in November 2021.

8.      After becoming a U.S. citizen, I knew I now had the right to vote in U.S. elections. I felt excited to participate as a way to make my voice heard on the issues that matter to me. I felt that it was important to vote because it is a fundamental right of U.S. citizenship.

9.      I registered to vote in 2024 and began voting in state and federal elections in Texas.  In order to register to vote in Texas, I provided my name; date of birth; residential address; driver's license number or last four digits of my SSN; and telephone number. I have not been disqualified from voting due to a felony conviction or a judgment of legal incompetence.

10.      I currently live in and, until recently, was registered to vote in Texas. I have not been disqualified from voting due to a felony conviction or a judgment of legal incompetence.

**DHS's Expanded SAVE System Led to the Cancellation of My Voter Registration and Other Burdens on My Voting Rights**

11.      After voting in the November 2025 election, I received a letter from my county elections office, dated mid December 2025, titled "Notice of Cancellation of Voter Registration." A true and correct copy of the letter, with certain identifying information redacted, is attached as Exhibit 1 ("the Cancellation Notice").

12.      The exterior of the envelope in which the letter was enclosed had no markings indicating it was official election mail or that the enclosed letter had any bearing on my voter registration.

13.      The Cancellation Notice states that "[n]otice is hereby given that your voter registration has been cancelled in [*redacted to preserve pseudonymity*] County. The reason for cancellation was: The reason for cancellation is due to failure to respond to a Notice of Examination mailed to you by this office over 30 days ago. (Sec. 16.033, Texas Code)."

14.      I never received the referenced "Notice of Examination" that my county elections office claimed to have sent to me.

15.    The Cancellation Notice further states that "[y]ou may request a hearing on the cancellation of your registration by submitting a written request for such hearing. If you request a hearing, a notice will be mailed to you setting forth the date of the hearing. The hearing will be scheduled within ten (10) days after your request or on a later date if you so request. If after the hearing, the voter registrar determines that your registration shall remain cancelled, you are entitled to appeal the adverse decision issued by the voter registrar by petitioning for review in district court not later than the 30th day after the adverse decision is issued."

16.    From the text of the Cancellation Notice, I could not determine why I had been issued a "Notice of Examination" or why my voter registration was being called into question in the first place.

17.    In the weeks after receiving the Cancellation Notice, I searched for my name in my county's Voter Lookup Tool, and my registration was no longer active.

18.    I was initially scared to even call or go visit my county elections office because I know that federal immigration officers, including ICE, have been showing up at courthouses and other government buildings to question and arrest people.

19.    In February 2026, I called my county elections office to ask for a copy of the Notice of Examination that was supposedly sent to me, but that I never received in the mail, and for information on why my voter registration had been cancelled. My county elections office refused to provide me with a copy of the Notice of Examination unless I submitted a written public records request asking for the Notice. So I submitted a records request at the end of February in advance of the March 3 elections.

3

20.     A few days later, while I was waiting for my records request to be answered, I made two follow-up calls to my county elections office to ask them to tell me why my voter registration had been cancelled and how I could fix this.

21.     In the second phone call, the employee I spoke to confirmed that my voter registration was cancelled because I failed to respond to a prior Notice of Examination. The employee did not tell me that I had been removed due to suspected non-citizenship. The employee said that the county elections office had a record of sending the Cancellation Notice, which I had received, but that the office did not have a record of sending any Notice of Examination to me.

22.     In the third phone call, the employee I spoke to informed me that my name had appeared on a list of suspected noncitizens that the county elections office had received from the Texas Secretary of State's office back in October 2025 after the Secretary had used DHS's SAVE system to review the state's voter rolls. The employee said that my inclusion on that list was the basis for sending the Notice of Examination to me. The employee said that they did not have a scanned copy of the Notice of Examination that the office supposedly sent to me because the county only saves scans of notices if they mail them to a second address. Because they had no scanned copy of a mailed Notice of Examination on file for me, the employee said their response to my records request would likely just be a generic copy of the Notice of Examination. The employee told me the date their records indicate that the Notice of Examination was supposedly sent to me, but the date they provided made no sense to me as it was the same December 2025 date that is on the Cancellation Notice I received.

23.     In at least two separate phone calls with my county elections office, I was told that, in order to have my voter registration reactivated and be able to vote again, I would need to

4

submit a new voter registration application and attach a copy of documentary proof of citizenship ("DPOC"). These instructions were different from what I had seen in public materials, including a press release from the Texas Secretary of State, which conveyed that Texas voters who had been cancelled for suspected non-citizenship would be reinstated immediately if they showed DPOC.[1] When I asked the employee about this, the employee maintained that submitting a new application was the only way to get back on the voter rolls.

24.     After the March 3, 2026, elections, my county elections office responded to my records request and produced to me a document titled "Notice to Registered Voter for Proof of Citizenship (USCIS Verification)" ("Notice of Examination"). The Notice of Examination identifies me by name but is dated March 6, 2026, which shows that this is just a generic copy of the Notice of Examination and not a scan of any notice that was mailed to me. A true and correct copy of the Notice of Examination, with certain identifying information redacted, is attached as Exhibit 2.

25.     The Notice of Examination states in part that a "comparison of the information in your voter registration records with the United States Citizenship and Immigration Services SAVE records show that you were not a United States citizen at the time of the comparative process." It then instructs: "[t]o maintain your active voter registration status, please provide proof that you are a United States citizen." The Notice of Examination lists several types of documents that will be accepted as proof of U.S. citizenship, and notes that copies of the documents can be delivered by hand, mail, fax, email, or any other method of transmission.

26.     The Notice of Examination confirms what an employee at my county elections office told me in a phone call: my name had appeared on a list of suspected noncitizens that the

---

[1] https://www.sos.state.tx.us/about/newsreleases/2025/102025.shtml.

county elections office had received from the Texas Secretary of State's office back in October 2025 after the Secretary had used DHS's SAVE system to review the state's voter rolls.

27.    The Notice of Examination further states: "Please provide proof of U.S. citizenship within (30) days from the date of this letter. If we do not receive a response from you within thirty (30) days, your voter registration will be cancelled."

28.    When the employee at the county elections office told me I was on a list of suspected noncitizens that was created by Texas election officials searching DHS's SAVE system and again when I received the Notice of Examination in response to my records request, I was shocked. As stated above, I have been a citizen with a U.S. passport since 2021. I was worried that the letter was part of a voter suppression effort to discourage Texans from exercising their right to vote, which I found alarming and troubling as someone who strongly believes in the right to vote.

29.    The experience has also made me feel demotivated and disillusioned, as it has been very challenging to get clear information or guidance from my county elections office. It took three phone calls to confirm that my registration had been cancelled for suspected noncitizenship. In multiple phone calls with my county elections office, I was never told that my registration could be reinstated immediately upon providing DPOC to either my county elections office or at the polls and that I would be able to vote in the March 3 elections if I did so. Instead, I was instructed to submit a new voter registration application, which was different from what I had seen in public materials. The confusion left me feeling afraid to do the wrong thing and potentially get in trouble or be subject to more investigations.

30.    As of the date of this declaration, based on what I have seen in my county's voter registration look-up, it is my understanding that my voter registration remains cancelled.

31.     My voter registration remained cancelled during the voting period for the March 3, 2026, primary election in Texas, and I was unable to vote. If I am able to get my voter registration reinstated, I intend to vote in the November 2026 midterm elections in Texas.

**The Department of Justice Is Collecting, Disclosing, and Repurposing My Personal Data Without My Consent, Causing Me Distress and Risking Burdening My Fundamental Right to Vote**

32.     After my voter registration was cancelled, I learned more about DHS's SAVE system and the Department of Justice ("DOJ") efforts to compile every state's and Washington D.C.'s voter rolls in service of creating a nationwide voter roll list and using states' voter tolls to conduct voter roll list maintenance

33.     I learned that, in 2025, DHS expanded the SAVE system by allowing bulk searches of Americans' personal data housed at the Social Security Administration ("SSA"), using only a name, date of birth, and either my driver's license number or last four digits of my SSN.[2] I also learned that the Texas Secretary of State had announced in a press release on October 20, 2025, that her office had used this new functionality to run Texas's entire voter registration list with more than 18 million voters through the expanded SAVE system, that they identified "2,724 potential noncitizens" who were registered to vote in Texas, and that they referred those individuals to Texas counties (including my county) to determine their eligibility to vote.[3] The Secretary further stated that once the counties complete this process, "individuals who are deemed noncitizens that voted in a Texas election will be referred to the Office of the Attorney General" for investigation.

---

[2] https://www.uscis.gov/save/current-user-agencies/guidance/voter-registration-and-voter-list-maintenance-fact-sheet; https://www.federalregister.gov/documents/2025/10/31/2025-19735/privacy-act-of-1974-system-of-records.

[3] https://www.sos.state.tx.us/about/newsreleases/2025/102025.shtml.

34.    Based on the Texas Secretary of State's October 20 press release, the information provided to me by the employee I spoke with at my county elections office, and the Notice of Examination provided to me in response to my records request, it is my understanding that I am one of the "2,724 potential noncitizens" identified through DHS's expanded SAVE system.

35.    It is my understanding that, as part of the process of bulk uploading Texas's entire voter registration list into SAVE, the Texas Secretary of State disclosed, at a minimum, my name, date of birth, and driver's license number or last four digits of my SSN to DHS, and that this information will be retained in SAVE for at least 10 years. It is my understanding that after the Texas Secretary of State uploaded my voter registration information into DHS's SAVE system, DHS disclosed that information to SSA so that SSA could match it against its own records about me.

36.    It is my understanding that the Texas Secretary of State, after executing a Memorandum of Understanding with DOJ similarly provided DOJ with Texas's entire voter registration list as part of the DOJ's efforts to compile voter data from all 50 states and the District of Columbia. It is my understanding that the voter list Texas sent to DOJ included information such as my name, date of birth, address, and driver's license number or last four digits of my SSN.

37.    It is my understanding that DOJ intends to disclose the voter registration lists it collects from the states—including Texas—to DHS so that it can run the data through the SAVE system. It is my understanding that the DOJ MOU requires Texas to remove any voters DOJ identifies as ineligible to vote from Texas's voter roll.

8

38.     It is also my understanding that the DOJ MOU allows the DOJ to disclose personally identifiable information ("PII") to private contractors to assist with list maintenance verification.

39.     I have not consented to, and do not consent to, the Texas Secretary of State disclosing the information about me that her office shared with DOJ. I provided that information for use by state and local Texas officials, not to be uploaded into a national voter database at DOJ or national citizenship database housed at DHS. I expected that information—especially my driver's license number and SSN—to remain private and protected by state and local Texas officials.

40.     I also have not consented to, and do not consent to, DOJ disclosing that information with DHS through the SAVE system or with private contractors.

41.     I am disturbed, uneasy, anxious, and saddened that the government has violated my trust by collecting, disclosing, matching, and repurposing my personal information without my consent in an effort to create a national database of voters. I am also worried that DOJ may be seeking to create a new, comprehensive list of voters who were born abroad in order to target, surveil, or simply make life harder for foreign-born American citizens. I no longer feel like my U.S. passport and U.S. citizenship will protect me from intrusive investigations by the government if I can be accused of being a noncitizen at any time. I expected the United States to respect all of its citizens' privacy, but instead I am opposing government efforts to create a centralized profile on me, including my sensitive information, for a national voter database.

42.     I am also concerned that by collecting voter data from many different states, DOJ is incentivizing hackers or bad actors to try to gain access to data that is otherwise maintained in

9

a decentralized manner by each individual state. My concerns are amplified by my knowledge of the current administration's history of misusing and failing to protect personal data.

43.     Because DOJ intends to share my sensitive personal information across federal agencies and with private contractors, I am also deeply worried that my data will be stored or transferred in an unsecured manner, exposing me to a data breach and identity theft and fraud. I am especially concerned about the unsecured storage or transfer of information such as my full name, date of birth, address, and driver's license number or last four digits of SSN, because the exposure of those data elements in tandem creates a heightened risk of identity theft and fraud. This fear is especially heightened by the DOJ's purported authority to share such sensitive personal information with third-party contractors outside of the government, as outlined in its MOU with Texas.

44.     I deeply value and cherish my right to vote. I am greatly concerned that I will be purged from the voter rolls again based on Texas sharing my voter data with DOJ and the statements in the DOJ MOU suggesting Texas is required to "clean" its voter rolls based on DOJ identifying purported voter list maintenance issues, insufficiencies, inadequacies, deficiencies, anomalies, or concerns. I am also greatly concerned that I will be wrongly investigated by DOJ or other federal agencies based on DOJ's review of Texas's voter rolls.

45.     I am particularly worried because DOJ intends to rely on or is already relying on SAVE and SSA citizenship data, which I have personally confirmed is inaccurate and out of date for me.

46.     Texas has already incorrectly removed me from the voter rolls once using that inaccurate information. It is my understanding that DOJ is referring the purported noncitizen voters it identifies to Homeland Security Investigations, and I am extremely worried about being

10

wrongly investigated because of DOJ relying on inaccurate information that wrongly suggests I am a noncitizen voter.

47.    I had to make multiple phone calls in February and March 2026 before I was able to speak to a human at SSA. The SSA employee I spoke with on the phone told me that I am (incorrectly) listed as a non-citizen in SSA's records. That was not surprising to me, because the only prior time I had interacted with SSA was when I obtained a Social Security card in 2015, before I became a U.S. citizen. To my knowledge, there is no requirement for me to update my citizenship status with SSA, and I have not done so.

48.    As long as Texas and DOJ intend to use the expanded SAVE system and the unreliable data it utilizes, I will feel compelled to continue regularly checking my voter registration status to ensure it is not wrongly cancelled again.

49.    It is my understanding that, based on the previous SAVE search of my personal information, SSA has already returned a response to DHS that included my SSN, name, date of birth, an indicator of my citizenship status, and other information that SSA collected when I applied for a Social Security card in 2015. It is my understanding that my personal SSA data will be retained in DHS's SAVE system for at least 10 years.

50.    I have not consented to, and do not consent to, SSA disclosing and verifying my personal information from SSA records to DOJ, DHS, or any other federal, state, or local agency to run citizenship checks for voter list maintenance or any other purpose. I expected that data to remain private within SSA and be used only for purposes consistent with why SSA collected the data, such as to determine eligibility for SSA benefits or authorization to work in the U.S. I never expected my personal SSA information to be disclosed to DOJ, DHS, or any other federal, state, or local agency for use in a massive national citizenship database for voter eligibility checks.

11

51.     I am distressed and saddened by the fact that the government has repurposed my sensitive SSA data without my consent to determine my eligibility to vote, when the information is not suitable for that purpose and was never intended to be used in that way. It was a significant moment in my life when I received my SSN because having an SSN allowed me to go to college and get a job. Learning that my SSA data has been shared without my consent is distressing because it makes me feel vulnerable and nervous like I felt before I became a U.S. citizen.

52.     I am also worried that, even if I provide my county elections office with documentary proof of citizenship and my voter registration is reinstated, DHS's SAVE system will continue to wrongly identify me as a non-citizen based on faulty underlying data when DOJ runs bulk voter roll searches in the future, and that I will again be forced to prove my citizenship status in order to retain my voter registration. Being caught in such a cycle, with my voting rights on the line, is distressing to me. I now worry that the federal government can simply say whenever it wants that I am no longer a citizen.

53.     The privacy of my personal information—including the data contained in my voter file—is very important to me. Receiving my Social Security card was an important moment in my life that allowed me to go to college and get a job. I treat my Social Security card and driver's license as ultra sensitive documents and closely guard my personal information. Moreover, because I pay taxes and plan to retire and receive Social Security benefits in the future, SSA has personal information about me that I consider highly sensitive. I have trusted SSA and Texas election officials to keep my information private and only use it for lawful purposes. I understood them to be bound by laws that would keep them from sharing this information across government agencies for completely unrelated purposes. I did not consent to them sharing this highly sensitive information with the federal government for unlawful or

12

undisclosed purposes.

54.     It is extremely concerning that so many people across all levels of government have access to my personal data without my consent. I am skeptical of any unauthorized national database, but especially one that contains my private data and lets government officials access and utilize it in a way that can be used against me and others similarly situated.

55.     Beyond feeling violated by the disclosure of my personal information, I also feel scared. As described above, I question how secure my information is. I do not know who can access my data, and I fear that my information may be weaponized against me for political retribution or other improper purposes.

56.     I am requesting to file this declaration under a pseudonym because I fear retaliation from the current administration for speaking up. Given the countless actions this administration has taken against individuals who oppose it, I fear that the government will retaliate against me. I have concerns that my status as a naturalized citizen will be used against me unless I can submit this declaration under a pseudonym.

57.     I fear, given the memo published by DOJ indicating they are going to pursue denaturalizing citizens as a punishment, that if I were to identify myself as a naturalized citizen publicly opposing the administration's policies then the administration would take retaliatory action against me or my naturalized family members, including investigating us to seek denaturalization. Finally, I have family members (who are also naturalized) currently living in a state that, by my understanding, is complying with DOJ's efforts to purge voter rolls and open criminal investigations.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May __15____, 2026, in Texas.                *Bailey Doe*_____

                                                         Bailey Doe*


*Out of fear of retaliation and harassment, Bailey Doe submits this declaration under pseudonym. Counsel hereby certifies that they have an unaltered signed copy of the foregoing document available for inspection by the Court.

14

# Exhibit 1



Elections Administrator

Assistant Elections Administrator

12/▮▮2025

Id number: ▮▮▮▮▮▮

Prescribed by Secretary of State Sections 16.031(a), 16.036, Texas Election Code 9/2023

**NOTICE OF CANCELLATION OF VOTER REGISTRATION**

Notice is hereby given that your voter registration has been cancelled in ▮▮▮▮ County.
The reason for cancellation was:

The reason for cancellation is due to failure to respond to a Notice of Examination mailed to you by this office over 30 days ago. (Sec. 16.033, Texas Code).

You may request a hearing on the cancellation of your registration by submitting a written request for such hearing. If you request a hearing, a notice will be mailed to you setting forth the date of the hearing. The hearing will be scheduled within ten (10) days after your request or on a later date if you so request.

If after the hearing, the voter registrar determines that your registration shall remain cancelled, you are entitled to appeal the adverse decision issued by the voter registrar by petitioning for review in district court not later than the 30th day after the adverse decision is issued.

If you should have any questions regarding this cancellation, please contact me at ▮▮▮▮▮▮



Voter Registration Clerk

# Exhibit 2



Elections Administrator

Assistant Elections Administrator

03/06/2026

Id number: ███████

21-50 Prescribed by Secretary of State Section 16.033, Texas Election Code 10/2025

## NOTICE TO REGISTERED VOTER FOR PROOF OF CITIZENSHIP (USCIS VERIFICATION)

Dear Voter: ███████████

As the voter registrar for ██████ County, I am writing to notify you of important information regarding your voter registration.

You are currently registered to vote in this county. We have received information from the Texas Secretary of State reflecting that you might not be a United States citizen. A comparison of the information in your voter registration records with the United States Citizenship and Immigration Services SAVE records show that you were not a United States citizen at the time of the comparative process. Although you can obtain United States and state government identity documents as a non-United States citizen, only United States citizens are eligible to vote.

To maintain your active voter registration status, please provide proof that you are a United States citizen. Proof of United States citizenship can be established by presenting a copy of any of the following documents:

- U.S. birth certificate or a Consular Report of Birth Abroad of a Citizen of the United States issued by the United States Department of State;
- United States passport;
- Certificate of Naturalization or Certificate of Citizenship; or
- Your parent's Certificate of Naturalization along with your birth certificate if you became a U.S. citizen as a result of your parent's naturalization.

There are several ways to provide proof of U.S. citizenship to my office. You can deliver it by hand, or you can send it by mail, fax, electronic mail, or any other method of transmission. My office's contact information is listed at the bottom of this letter.

**Please provide proof of U.S. citizenship within thirty (30) days from the date of this letter. If we do not receive a response from you within thirty (30) days, your voter registration will be cancelled.** In the event that your registration is cancelled, you can still be immediately reinstated by providing proof of U.S. citizenship to my office or at your polling location, even if the thirty (30)-day period has already passed. You may also request a hearing to challenge your cancellation, even if you do not possess one of the above forms, by contacting my office.

If you have any questions regarding this notice or your voter registration, please contact my office at ███████



Elections Administrator

Id number: ███

21-50 Prescribed by Secretary of State Section 16.033, Texas Election Code 10/2025

AVISO AL VOTANTE REGISTRADO PARA PRESENTAR PRUEBA DE SU CIUDADANÍA (VERIFICACIÓN DE USCIS)

Estimado votante, ███

Como el Registrador de Votantes del Condado de ███ me comunico con usted para hacerle llegar información importante con respecto a su registro electoral.

Usted está actualmente registrado para votar en este condado. Hemos recibido información de la Secretaría de Estado de Texas que refleja que usted podría no ser un ciudadano de los Estados Unidos. Una comparación entre la información de su registro de votante y los registros del Sistema SAVE del Servicio de Ciudadanía e Inmigración de los Estados Unidos (USCIS) indica que usted no era ciudadano estadounidense en el momento del proceso comparativo. Aunque puede obtener documentos de identidad del gobierno de los Estados Unidos y del estado como ciudadano no estadounidense, solo los ciudadanos estadounidenses tienen derecho a votar.

Para mantener su estado de votante registrado activo, le solicitamos que nos proporcione prueba de que usted es un ciudadano de los Estados Unidos. La prueba de la ciudadanía de los Estados Unidos se puede establecer presentando una copia de cualquiera de los siguientes documentos:
- Certificado de nacimiento estadounidense o Certificado consular de nacimiento en el extranjero emitido por el Departamento de Estado de los Estados Unidos;
- Pasaporte estadounidense;
- Certificado de naturalización o Certificado de ciudadanía; o
- Certificado de naturalización de su padre o madre junto con su Certificado de nacimiento, si se convirtió en ciudadano estadounidense como resultado de la naturalización de su padre o madre.

Hay varias maneras de proporcionar la prueba de su ciudadanía estadounidense a mi oficina. Puede traerla personalmente, enviarla por correo, fax, correo electrónico o por cualquier otro método de transmisión. La información de contacto de mi oficina se detalla al pie de esta carta.

Favor proporcionar la prueba de su ciudadanía estadounidense dentro de los treinta (30) días a partir de la fecha de esta carta. Si no recibimos una respuesta dentro de los próximos treinta (30) días, su registro electoral será cancelado. Si su registro electoral se cancela, puede reinscribirse inmediatamente al presentar la prueba de su ciudadanía estadounidense en mi oficina o en el lugar de votación que le corresponde, aún después del plazo de treinta (30) días. También puede solicitar una audiencia para impugnar la cancelación, incluso si no posee uno de los documentos anteriores, comunicándose con mi oficina.

Si tiene alguna pregunta con respecto a este aviso o sobre su registro electoral, comuníquese con mi oficina al ███

███

Administrador de Elecciones

THÔNG BÁO ĐẾN CỬ TRI ĐÃ GHI DANH VỀ CHỨNG MINH CÔNG DÂN (USCIS XÁC MINH)

Kính Gửi Cử Tri: ███

Là người đăng ký cử tri cho Quận ███ Tôi viết thư để thông báo cho quý vị về thông tin quan trọng liên quan đến việc đăng ký cử tri của quý vị. Quý vị hiện được đăng ký bỏ phiếu tại quận này. Chúng tôi đã nhận được thông tin từ Tổng Thư Ký Tiểu Bang Texas phản ánh rằng quý vị có thể không phải là công dân Hoa Kỳ. Một so sánh thông tin hồ sơ ghi danh cử tri của quí vị với hồ sơ công dân Hoa Kỳ và sở Di Trú Hệ Thống Kiểm Tra Ting Trạng Hồ Sơ Di Trú cho thấy quý vị không phải là công dân Hoa Kỳ lúc kiểm tra so sánh tiến hành. Cho dù quý vị có được vào Hoa kỳ và có giấy tờ nhận dạng của chính quyền tiểu bang xác định là người không phải công dân Hoa Kỳ, chỉ có công dân Hoa Kỳ mới có đủ điều kiện để bỏ phiếu. Để duy trì tình trạng đăng ký cử tri có hiệu lực của quý vị, vui lòng cung cấp bằng chứng rằng quý vị là công dân Hoa Kỳ. Bằng chứng về tư cách công dân Hoa Kỳ có thể được thiết lập bằng cách xuất trình bản sao của bất kỳ tài liệu nào sau đây:
- Giấy khai sinh tại Hoa Kỳ hoặc Giấy Báo Sinh Lãnh Sự về việc sinh ở Nước Ngoài của một Công Dân Hoa Kỳ do Bộ Ngoại Giao Hoa Kỳ cấp;
- Hộ chiếu Hoa Kỳ;
- Giấy Chứng Nhận Nhập Tịch hoặc Giấy Chứng Nhận Tư Cách Công Dân; hoặc
- Giấy Chứng Nhận Nhập Tịch của cha mẹ quý vị cùng với giấy khai sinh của quý vị nếu quý vị trở thành công dân Hoa Kỳ do việc nhập tịch của cha mẹ quý vị.
Có một vài cách để cung cấp bằng chứng về tư cách công dân Hoa Kỳ đến văn phòng của tôi. Quý vị có thể tự tay mang đến, hoặc quý vị có thể gửi qua đường bưu điện, gửi fax, thư điện tử hoặc bằng bất kỳ phương thức truyền tải nào khác. Thông tin liên lạc của văn phòng của tôi được liệt kê ở cuối thư này.

Vui lòng cung cấp bằng chứng về tư cách công dân Hoa Kỳ trong vòng ba mươi (30) ngày kể từ ngày của bức thư này. Nếu chúng tôi không nhận được phản hồi từ quý vị trong vòng ba mươi (30) ngày, việc đăng ký cử tri của quý vị sẽ bị hủy bỏ. Trong trường hợp việc đăng ký của quý vị bị hủy, quý vị vẫn có thể được khôi phục ngay lập tức bằng cách cung cấp bằng chứng về tư cách công dân Hoa Kỳ cho văn phòng của tôi hoặc tại địa điểm bỏ phiếu của quý vị, ngay cả khi khoảng thời gian ba mươi (30) ngày đã trôi qua. Quý vị cũng có thể yêu cầu một phiên điều trần để phản đối việc hủy bỏ đăng ký của quý vị bằng cách liên hệ với văn phòng của tôi ngay cả khi quý vị không có một trong các giấy tờ trên.

Nếu quý vị có bất kỳ thắc mắc nào liên quan đến thông báo này hoặc việc đăng ký cử tri của quý vị, vui lòng liên hệ với văn phòng của tôi theo số

███

Quản Trị Viên phụ trách Bầu Cử