# Exhibit M

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-01352-SLS |

**DECLARATION OF CLAUDIO MOSSE**

I, Claudio Mosse, declare as follows:

**Background**

1.     I am over 18 years old. The statements made in this declaration are based on my personal knowledge, information, and belief.

2.     I live in Nashville, Tennessee.

3.     I am a member of Common Cause.

**Citizenship History**

4.     I have been a United States citizen since 1987.

5.     I was born in Santiago, Chile, in 1970. I immigrated to the United States in 1972 with my family, and grew up in the Washington, DC area.

6.     I received a green card as a child. I do not recall the precise year that I received my green card.

7.     I also received a Social Security Number as a child. I do not recall the precise year that I received my Social Security Number.

8.     I became a naturalized United States citizen in 1987, when I was 17 years old.

9.      I was issued a United States passport shortly after I was naturalized. I do not recall the precise year that it was issued.

**Voting History**

10.     I currently live in and am registered to vote in Davidson County, Tennessee. I have not been disqualified from voting due to a felony conviction or a judgment of legal incompetence.

11.     In order to register to vote in Tennessee, I provided the following information: name, date of birth, residential address, full Social Security Number, and telephone number.

12.     I provided this information to the state of Tennessee solely to exercise my fundamental right to vote.

13.     I consider this information highly private, especially my Social Security Number. When I provided this information to the state, I expected this information to remain private and securely protected.

14.     I have not consented to my information being obtained, stored, or used by the federal government. Nor have I consented to the federal government sharing my information with private contractors or other third parties.

15.     I deeply value my right to vote. I first registered to vote in 1988, as soon as I was eligible. I have been a registered voter ever since that time. I have regularly voted in local, state, and federal elections since I registered to vote, and I plan to continue to do so.

16.     I most recently cast an early voting ballot in the May 5, 2026 primary for the August 2026 local elections. I also intend to vote in the August local elections, as well as the November midterm elections this year.

17.     I strongly believe that every citizen has an obligation to help guide the actions of our government by taking part in it through their vote. If citizens do not vote, they do not have a say in their own representation and government.

18.     I work to promote voter turnout and voter registration through my volunteer work. Since 2015, I have volunteered with the Tennessee Immigrant & Refugee Rights Coalition (TIRRC), a 501(c)(3) organization that organizes immigrants, refugees, and organizations that serve and support those communities, by, among other things, engaging in large-scale campaigns to help immigrants naturalize, and to register and mobilize eligible voters. From 2015 to 2016 I was a member of TIRRC's board, and from 2016 to 2024 I was the board chair. Since 2024, I have also been a board member of TIRRC Votes, the 501(c)(4) affiliate of TIRRC that also organizes immigrant and refugee communities in Tennessee and, like TIRRC, engages in large-scale campaigns to register and mobilize eligible voters. In both roles, I work to promote and lead the organizations' voter registration and mobilization efforts. I am making this declaration separate from my role in either TIRRC or TIRRC Votes.

**Voting Concerns**

19.     It is my understanding that the Tennessee Secretary of State has provided the U.S. Department of Justice ("DOJ")  with Tennessee's entire voter registration list as part of the DOJ's efforts to compile state voter data.

20.     I feel that my fundamental right to vote is jeopardized by the U.S. Department of Justice ("DOJ") collecting my voter registration information.

21.     I shared personal data with the state to register to vote and trusted the state to manage it accordingly.

22.    I do not trust the federal government with this data. This administration has already demonstrated that it cannot accurately identify who should and should not be registered to vote. I fear that an error by the SAVE database matching system could result in me being mistakenly identified as ineligible to vote.

23.    I am also concerned that there may not be a clear or timely procedure in place to notify the people whose registrations are terminated. I fear that if I were to be mistakenly identified as ineligible, I may not be notified until the day of the election when I try to vote, and that I will not have an opportunity to correct the error before I lose my ability to exercise my fundamental right to vote and participate in our government.

24.    In addition, I fear that a mistake by the SAVE system might cause the Department of Homeland Security to erroneously target me for denaturalization and result in the potential loss of my citizenship.

25.    I would not want the government to falsely label me a potential criminal and force me to defend myself, even if I ultimately prevailed in proving my citizenship and eligibility to vote.

**Privacy Concerns**

26.    I feel that my privacy has been intruded on and my confidence breached by the U.S. Department of Justice ("DOJ") collecting my voter registration information.

27.    I shared personal data with the state to register to vote and trusted the state to protect it.

28.    I am deeply concerned about the unification of data at the federal and state levels. Although certain agencies within the federal government already have some of my private

4

information, such as my Social Security Number and address, I understand that this information has been siloed within the federal government and carefully protected.

29.    I believe that the consolidation of that information in one place is a serious invasion of privacy, as it allows agencies across the federal government to know much more about each of its citizens. It also creates a very attractive target for hackers and increases the chances that the data will be leaked or breached.

30.    I am especially concerned about the federal government's ability to effectively secure my private data because it has failed to do so in the past. In 2015, I was employed by the federal government and was told that my Office of Personnel Management file had been hacked, possibly by a foreign entity. More recently, reports that employees of the U.S. Department of Government Efficiency committed serious security breaches involving individuals' highly sensitive personal data have continued to deepen my concern.

31.    I am also deeply concerned about the possibility that DOJ is sharing my data with the Department of Homeland Security or private, third-party contractors, further increasing the possibility that my personal information will be leaked or breached.

32.    Keeping my sensitive personal information private is especially important to me because I have already been targeted on the dark web. In 2025, an individual identified me by name on the dark web, claiming that I have "created problems" in Tennessee. I assume that this post was motivated by my advocacy related to immigrants' rights. The post did not identify additional sensitive personal information, such as my residential address or the names of my family members. To prevent such information from being identified and shared online by malicious actors, I used a paid privacy protection service called DeleteMe to remove those types of sensitive personally identifying information from the internet. I worry that additional leaks or

5

hacks that reveal my private personal information would result in additional attempts to target me and my family.

33.     I am also scared that the government may deliberately misuse this data to intentionally target me for deregistration or denaturalization. I have followed this administration's efforts to denaturalize citizens, remove Temporary Protected Status from people who have no homes to return to, deport people who have claims for asylum, and arrest people on legal student visas for engaging in lawful protest. I am scared that the administration will target me because I am an immigrant and I work to support other immigrants.

34.     My fear is compounded by my family's history. All four of my grandparents were German Jews who fled to Chile during World War II. Their family members who did not leave Europe were killed. My parents were both born in Chile, as was I. We immigrated to the United States in the 1970's to escape the political instability in Chile. As a result of these experiences, my family has learned over multiple generations that governments can turn on their own citizens; and that even a "good" government can quickly change. As a result, I fear that even data collected innocently may be used by another administration to persecute its citizens.

**Informational Injury**

35.     I did not have an opportunity to comment on DOJ's decision to collect, use, and share my voter registration data. Had I been given the opportunity to comment, I would have liked to do so.

36.     I regularly voice my opinion about what the government is doing and have a history of commenting on government decisions. For example, I submitted a comment to the Federal Communications Commission about a proposed rule change around 2018.

6

37.    I would like to know why the federal government is collecting my personal voter registration data from the state.

38.    I would also like to know how the government is using, or will use, my data., including what other personal information it will associate with my voter registration data, whether and how it will make voter eligibility determinations, and how its determinations will interact with the state's authority to oversee voter registration.

39.    I also want to understand how the federal government will protect my private data from unauthorized access and breaches.

40.    It is extremely concerning that people across the government may have access to my personal data without my consent. I am skeptical of any unauthorized national database, but especially one that contains my private data and lets government officials access and utilize it in a way that can be used against me and others similarly situated.

41.    Beyond feeling violated by the disclosure of my personal information, I also feel scared. As described above, I question how secure my information is. I do not know who can access my data, and I fear that my information may be weaponized against me for political retribution or other improper purposes.

42.    I will continue to encourage people to register to vote and participate in elections despite the administration's collection of voter registration data, as I deeply believe that citizens must vote to participate in government and make their voices heard. However, I wish I did not have to explain to people why they should register despite the federal government's collection of their registration data. It should not require bravery for citizens to exercise their fundamental right to vote.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May 16, 2026, in Tennessee.          _____
                                                  Claudio Mosse

8