# Exhibit N

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, *et al*., <br><br> Defendants. | Case No. 1:26-cv-01352-SLS |

**DECLARATION OF MOHAMMED NASRULLAH**

I, Mohammed Nasrullah, declare as follows:

**Background**

1.    I am over 18 years old. The statements made in this declaration are based on my personal knowledge, information, and belief.

2.    I live in Houston, Texas.

3.    I am a member of Common Cause of Texas.

**Citizenship History**

4.    I have been a United States citizen since 1980.

5.    I was born in Hyderabad, India, in 1952. I immigrated to the United States in August 1974 on a student visa, when I was pursuing a master's degree in nuclear engineering at the University of Oklahoma.

6.    I married a United States citizen in 1976, and received my green card in 1977.

7.    I was naturalized and received my United States citizenship in 1980.

8.    I was issued a Social Security Number card in 1974.

9.    I was issued a U.S. passport, confirming my citizenship, around 1984.

**Voting History**

10.    I currently live in and am registered to vote in Harris County, Texas. I have not been disqualified from voting due to a felony conviction or a judgment of legal incompetence.

11.    In order to register to vote in Texas, I provided the following information: name, date of birth, residential address, Texas driver's license number, telephone number, gender, voter registration number, and indication of interest in serving as an election worker.

12.    I provided this information to the state of Texas solely to exercise my fundamental right to vote.

13.    I consider this information highly private. When I provided this information to the state, I expected this information to remain private and securely protected.

14.    I have not consented to my information being obtained, stored, or used by the federal government, or to the federal government sharing my information with private contractors or other third parties.

15.    I deeply value and cherish my right to vote. I first registered to vote in 1980, as soon as I was naturalized. I have been a registered voter ever since that time. I have regularly voted in local, state, and federal elections since I registered to vote, and I plan to continue to do so.

16.    I most recently voted in local elections that were held on May 2. I intend to vote in the November midterm elections this year.

17.    Encouraging others to vote is a longtime passion of mine. Since 1980, I have encouraged eligible friends, neighbors, coworkers, and other community members to vote. I consider it my duty to help register as many eligible people to vote as possible.

2

18. I am a certified deputy voter registrar in Harris County. This role requires me to help register eligible people to vote and promote voter participation in my community.

19. Before each local, state, or federal election, I regularly send out hundreds or thousands of letters to local voters encouraging them to participate. I also organize in-person voter registration events and keep voter registration forms in my car at all times, so that I can register an eligible but unregistered person on the spot.

20. I have served as the Democratic Party precinct chair for my voting precinct since 2004. Among my most important responsibilities in that role is helping turn out voters for elections.

21. Since 2008, I have also regularly served as a presiding election judge in Democratic Party primary elections and as an alternate presiding election judge in general elections in Harris County.

**Voting Concerns**

22. It is my understanding that the Texas Secretary of State has provided the U.S. Department of Justice ("DOJ")  with Texas's entire voter registration list as part of the DOJ's efforts to compile state voter data.

23. I feel that my right to vote is jeopardized by the U.S. Department of Justice ("DOJ") collecting my voter registration data.

24. I shared personal data with the state to register to vote and trusted the state to use it for that purpose alone.

25. I do not trust the federal government to use this personal data lawfully and appropriately. I am aware that the SAVE database has already wrongly identified eligible

3

registered voters as being ineligible to vote, and that people have had their registration revoked as a result.

26. I am extremely concerned that, under the terms of the Memorandum of Understanding governing Texas's sharing of its voter registration information with the federal government, Texas will accept DOJ's eligibility determinations as fact without independent investigations.

27. From my firsthand experience as an election judge, I know that when a voter's registration is revoked in Texas, the voter often receives no notice from the state. Instead, they learn that they are no longer registered only when they appear in person to cast their ballot. By then, it is too late to participate in the election even if their deregistration was in error, because Texas requires voters to register at least 30 days before an election.

28. I understand that DOJ's SAVE database is particularly likely to wrongly identify certain categories of people as ineligible to vote, including naturalized citizens. I am extremely concerned about the possibility that I, and others similarly situated to me, will be wrongly identified as ineligible to vote, and will be disenfranchised as a result.

**Privacy Concerns**

29. I am deeply concerned about this administration's ability to protect my personal data.

30. I am particularly concerned in light of public reporting on misconduct by employees of the U.S. Department of Government Efficiency. I have heard reports of federal employees downloading individuals' sensitive data onto their personal computers and taking it home. I am extremely concerned about this, or something like it, happening with my private

data. And I am also concerned because I know that this administration has taken many actions that courts have held to be illegal.

31.    I am also deeply concerned about the possibility that DOJ is sharing my data with the Department of Homeland Security or private, third-party contractors. Every instance of sharing the data increases the possibility that my personal information will fall into the wrong hands and increases the concern that I have about what will happen with this data.

32.    I am also deeply concerned that the government may misuse this data to intentionally target me for denaturalization.

33.    I am aware that the current administration has sought to strip citizenship from naturalized citizens. The possibility that I may be on a list of targets keeps me up at night.

34.    I fear that the current administration may target me because I am active in Democratic Party politics. I also fear becoming a target because I am a Muslim and am active in my local Muslim community. Among other things, in 2018 and 2019, I served as the president and chairman of the board of the Council on American Islamic Relations ("CAIR") in Houston. Texas Governor Greg Abbott has proclaimed that CAIR is a terrorist organization. I am concerned that this administration may use this as a pretext to take away my citizenship or instruct Texas to terminate my voter registration.

35.    While there is no legitimate basis for the government to remove my citizenship whatsoever, I nonetheless feel helpless and fearful in the face of this possibility, because I do not know how I could defend myself if that happened.

**Informational Injury**

36.     I did not have an opportunity to comment on DOJ's decision to collect, use, and share my voter registration data. Had I been given the opportunity to comment, I would have liked to do so.

37.     I regularly voice my opinion about what the government is doing and have a history of commenting on government decisions, including by offering testimony at the state legislature. Most recently, I submitted written testimony to the Texas State Board of Education last month about proposed changes to the state social studies curriculum. I also testified at the Texas State Capitol about environmental regulations in 2025. Had I been given the opportunity, I would certainly have submitted a comment here because this issue is so important and close to my heart.

38.     I am anxious and concerned because I do not know what the government is doing with my data, or what steps it is taking to ensure that my data is protected.

39.     I want more information about what the government is doing with my data and how it is protected from leaks, hackers, and other vulnerabilities, so that I can know if I need to do anything additional to protect my privacy.

40.     It is extremely concerning that people across the government may have access to my personal data without my consent. I am skeptical of any unauthorized national database, but especially one that contains my private data and lets government officials access and utilize it in a way that can be used against me and others similarly situated.

41.     Beyond feeling violated by the disclosure of my personal information, I also feel scared. As described above, I question how secure my information is. I do not know who can

6

access my data, and I fear that my information may be weaponized against me for political retribution or other improper purposes.

I declare under penalty of perjury as prescribed in 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on May 15, 2026, in Texas.

Mohammed Nasrullah

7