**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE, *et al.*<br><br>Defendants. | Case No. 1:26-cv-01352-SLS |

**[PLAINTIFFS' PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, Defendants' cross-dispositive motion, and the entire record in this case, the Court concludes that Plaintiffs are entitled to judgment as a matter of law as to Counts I, VI, VII, and VIII.

Accordingly, it is hereby ordered that Plaintiffs' Motion for Partial Summary Judgment is **GRANTED**. It is further **ORDERED** that Defendants' cross-dispositive motion is **DENIED**.

It is further **DECLARED** that the Department of Justice's ("DOJ's") Voter List Maintenance Policy, as well as associated policies and agreements, are unlawful and violate the Administrative Procedure Act.

It is further **ORDERED** that:

1. DOJ's Voter List Maintenance Policy, as well as associated policies and agreements, are vacated and set aside.

2. Defendants Acting U.S. Attorney General Todd Blanche, DOJ, and their officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with them—including but not limited to the Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), and Homeland Security Investigations

("HSI")—shall immediately cease all maintenance, collection, use, or disclosure of statewide voter registration list ("SVRL") data under the Voter List Maintenance Policy.

3. Defendants Acting U.S. Attorney General Todd Blanche, DOJ, and their officers, agents, servants, employees, attorneys, and all persons acting in concert or participation with them—including but not limited to DHS, USCIS, and HSI—shall, within two weeks of this order, delete, disentangle, and unlink any SVRL data in their possession, custody or control.

4. Defendants Acting U.S. Attorney General Todd Blanche, DOJ, and their officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with them—including but not limited to DHS, USCIS, and HSI—shall, within two weeks of this order, instruct any party they have provided SVRL data to delete, disentangle and unlink such data.

5. Defendants Acting U.S. Attorney General Todd Blanche, DOJ, and their officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with them—including but not limited to DHS, USCIS, and HSI—shall, within two weeks of this order, withdraw all memoranda of understanding, policies, and other agreements related to the Voter List Maintenance Policy.

6. Defendants Acting U.S. Attorney General Todd Blanche and DOJ shall immediately provide notice of this order and its requirements to all of DOJ's officers, agents, servants, employees, and attorneys, and all persons acting in concert or participation with DOJ—including but not limited to DHS, USCIS, and HSI.

7.  Defendants Acting U.S. Attorney General Todd Blanche and DOJ shall, within three weeks of entry of this order, file a status report with the Court describing the steps it has taken to comply with this order.

**SO ORDERED.**

DATED this _____ day of _____, 2026.

_____

Hon. Sparkle L. Sooknanan
United States District Judge