**THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

COMMON CAUSE, *et al.*,

               *Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

               *Defendants*.

No. 1:26-cv-01352-SLS

Hon. Sparkle L. Sooknanan

**NOTICE OF AMENDED ADMINISTRATIVE RECORD**

Pursuant to Local Civil Rule 7(n)(1), Defendants hereby provide notice that they have electronically served an Amended Administrative Record. A certification and index of the Amended Administrative Record is attached.

Date:  May 19, 2026

Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-5980
E-mail: christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

1

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE
805 15th Street NW, 8th Floor
Washington, DC 20005,

COMMON CAUSE EDUCATION FUND
805 15th Street NW, 8th Floor
Washington, DC 20005,

ANTHONY NEL
c/o Citizens for Responsibility and Ethics in
Washington
P.O. Box 14596
Washington, DC 20044,

HALEY SMITH
c/o Citizens for Responsibility and Ethics in
Washington
P.O. Box 14596
Washington, DC 20044,

LINDA DUCKWORTH
c/o Citizens for Responsibility and Ethics in
Washington
P.O. Box 14596
Washington, DC 20044,

RUTH NASRULLAH
c/o Citizens for Responsibility and Ethics in
Washington
P.O. Box 14596
Washington, DC 20044,

  Plaintiffs,

  v.

U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, DC 20530,

TODD BLANCHE, in his official capacity as
Acting U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530,

  Defendants.

Case No. 1:26-cv-01352

**CERTIFICATION**

I, Eric V. Neff, Acting Chief, Voting Section, Civil Rights Division, hereby certify to the best of my knowledge and belief that the attached table is a true and accurate list of the documents that constitute the amended administrative record with respect to this litigation. The below table lists all available documents, exhibits and other materials comprising the amended administrative record in the matters under review in this case.

I hereby certify under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of May 2026, in Washington, D.C.

Eric V. Neff
Acting Chief, Voting Section
Civil Rights Division

**Index of Administrative Record**
*Common Cause v. Department of Justice,* et al., No. 1:26-cv-01352-SLS
**(D.D.C.)**

| Document Description | Beginning Bates Number |
|---|---|
| December 22 2025 Signed Executed Memorandum of Understanding - AK-DOJ | CRT-0000001 |
| OK Settlement US v. Ziriax- executed | CRT-0000011 |
| April 28, 2026 Executed MOU DOJ-SC State Election Commission | CRT-0000017 |
| Memorandum of Agreement DHS, USCIS and DOJ re SAVE _Executed Jan 2026 | CRT-0000030 |
| 2024_EAVS_Report | CRT-0000041 |
| EAC_2025_Annual_Report | CRT-0000347 |
| AL Letter 20250805 Allen to DOJ with attachments | CRT-0000458 |
| AL EM 20250805 Blackburn to DOJ | CRT-0000674 |
| AL Letter Allen to Riordan Ltr 8-5-25_ att to email 20250805 Blackburn to DOJ | CRT-0000676 |
| AL Enclosures_ att to email 20250805 Blackburn to DOJ | CRT-0000688 |
| AL 20251105 CRT to Jones FW_ Voter Registration Lists MOU | CRT-0000892 |
| Proposed Data Sharing Agreement/ MOU unsigned | CRT-0000893 |
| 20250716 EM Flynn to DOJ | CRT-0000902 |
| 20250804 Beecher to DOJ | CRT-0000903 |
| 20250804 Beecher to DOJ | CRT-0000906 |
| 20250804 Flynn to DOJ | CRT-0000911 |
| 20250804 Flynn to DOJ_att ListMaintenanceFAQs (1) | CRT-0000913 |

| | |
|---|---|
| 20251208 Dahlstrom to DOJ - RE Complete Voter Registration List | CRT-0000916 |
| 20251208 Howell to DOJ - MOU - Complete Voter Registration List with All Fields | CRT-0000917 |
| 20260115 letter to DOJ Dhillon | CRT-0000918 |
| 20250721 Douglas to DOJ | CRT-0000920 |
| 20250808 Douglas to DOJ | CRT-0000922 |
| 2025.08.08 SOS Resp to DOJ | CRT-0000923 |
| 20250808 SOS Resp to DOJ | CRT-0000925 |
| 20250829 Fontes to DOJ | CRT-0000927 |
| 2025 0829 SOS Response to 0814 DOJ Letter - Final | CRT-0000928 |
| 20250829 SOS Response to 0814 DOJ Letter - Final | CRT-0000932 |
| EXTERNAL Response to MOU Offer | CRT-0000936 |
| 2025 1219 SOS Response to 1212 DOJ MOU Offer Final 1 | CRT-0000937 |
| 2025 0829 SOS Response to 0814 DOJ Letter - Final 2 | CRT-0000939 |
| 2025 0808 SOS Resp to DOJ 3 | CRT-0000943 |
| 20250821 Banks to DOJ | CRT-0000945 |
| AR 20250821 Letter Bellamy to DOJ | CRT-0000946 |
| 20250808 Weber to DOJ | CRT-0000958 |
| 8-8-25 CA SOS to US DOJ | CRT-0000959 |
| 20250821 Weber to DOJ | CRT-0000963 |
| CA SOS to DOJ - 8-21-25 | CRT-0000964 |
| 20250821 Weber to DOJ | CRT-0000968 |
| 20250829 Weber to DOJ | CRT-0000972 |
| CA SOS to DOJ 082925 | CRT-0000973 |

| | |
|---|---|
| 20250912 Weber to DOJ | CRT-0000993 |
| CA SOS to DOJ 9-12-25 | CRT-0000994 |
| 20251202 Kline to DOJ | CRT-0001002 |
| 20250820 Rosenberg to DOJ | CRT-0001004 |
| Response to DOJ letter dated 8.6.25 | CRT-0001005 |
| ROV list updated 8.11.25 | CRT-0001009 |
| 2022_CT_Bluebook Excerpt town officials | CRT-0001039 |
| 2023_CT_Bluebook Excerpt town officials | CRT-0001149 |
| 2024_CT_Bluebook Excerpt town officials | CRT-0001255 |
| 2025122024 _EXTERNAL_ RE_ Request for Complete Connecticut's Voter Registration List with All Fields | CRT-0001361 |
| Response to DOJ Letter Dated 12-12-25 | CRT-0001362 |
| Response to DOJ letter dated 8.6.25 | CRT-0001365 |
| 20250711 Albence to DOJ | CRT-0001369 |
| 20250725 Albence to DOJ | CRT-0001380 |
| DE DoE - US DoJ Response Letter 07252025 | CRT-0001381 |
| 20250725 Albence to DOJ | CRT-0001383 |
| 20250806 Burton to DOJ | CRT-0001385 |
| 20250815 Albence to DOJ | CRT-0001388 |
| DE DOE-US DOJ Response Letter 08152025 | CRT-0001389 |
| 20250815 Albence to DOJ | CRT-0001399 |
| 20250916 Albence to DOJ | CRT-0001410 |
| 20250807 DC Response Letter | CRT-0001418 |
| Evans to DOJ 20250807 | CRT-0001423 |
| DOJ Response 8.2025 | CRT-0001424 |
| Evans to DOJ 20250904 | CRT-0001429 |

| | |
|---|---|
| DC Board of Elections - DOJ Response 9.4.2025 | CRT-0001432 |
| 20251125 Parker to DOJ FW_ Voter Extract Conversation Follow-up | CRT-0001434 |
| 20251201 FL to DOJ FW_ Voter Registration Lists | CRT-0001435 |
| 20251219 FL SOS letter to Dhillon VRL | CRT-0001437 |
| 20251208 McGowan to DOJ - Response to Request for Information under the NVRA | CRT-0001438 |
| Ltr to H Dhillon 12.8.25 | CRT-0001439 |
| 20251114 Ltr Fulton County to DOJ | CRT-0001444 |
| _EXTERNAL_ United States v_ Ché Alexander | CRT-0001451 |
| Ltr to DOJEric Neff - Rep. Marvin Lim | CRT-0001453 |
| 20251201_1333 EM Thomas Hughes RE Voter Registration List Request Follow Up | CRT-0001455 |
| 20251201_2043 Voter Registration List Request Follow Up | CRT-0001456 |
| ATG Response to DOJ 09-22-2025 | CRT-0001457 |
| 20250922_1207 McQuade to DOJ | CRT-0001460 |
| ID JEFS Completed User Form_McQuade | CRT-0001461 |
| 20251230 Letter from McGrane to DOJ | CRT-0001468 |
| 2026226 Letter from McGrane to DOJ | CRT-0001473 |
| 20250805 EMAIL Wingert to DOJ_Stephenson County | CRT-0001475 |
| IL 20250728 Letter DOJ to Matthews | CRT-0001476 |
| 20250811 Malowitz to DOJ | CRT-0001480 |
| FINAL letter to DOJ 8.11.25 with exhibits | CRT-0001481 |
| 20250811_1605 Malowitz to DOJ | CRT-0001500 |
| 20250811 EM Malowitz to DOJ | CRT-0001502 |

| | |
|---|---|
| 20250903 Smith to DOJ_Edwards County | CRT-0001503 |
| 20250278 Letter DOJ to Matthews | CRT-0001504 |
| IL 20250903 Letter Smith to DOJ | CRT-0001508 |
| 20250911 Morales to DOJ | CRT-0001511 |
| 20250808 EMAIL Gookin to DOJ | CRT-0001517 |
| State of Iowa Specifications and Order Form for Voter List_Blank_att to 20250808 EM Gookin to DOJ | CRT-0001519 |
| 20250821 Gookin to DOJ | CRT-0001521 |
| 20251211 FW_ _EXTERNAL_ Iowa VRL | CRT-0001523 |
| 20251223 EMAIL RE_ _EXTERNAL_ Voter Roll Request Update | CRT-0001525 |
| 20250821 Enclosure_KS Voter Registration Form | CRT-0001526 |
| 20250821 Enclosure_KS Voter Roll Maintenance Procedures 8.2025 | CRT-0001528 |
| 20250821 Kansas Response Letter | CRT-0001533 |
| 20250821 Kansas response screenshot | CRT-0001536 |
| 20250822 Response to Kansas Email | CRT-0001537 |
| KY 20250723 Letter Scutchfield to DOJ | CRT-0001538 |
| 20250822 Sellers to DOJ | CRT-0001540 |
| 20251015 Marcum to DOJ | CRT-0001542 |
| KY 20250723 EM Scutchfield to DOJ | CRT-0001544 |
| KY 7.23.2024 DOJ Response_att to 20250723 EM Scutchfield to DOJ | CRT-0001545 |
| KY 7.23.2024 DOJ Statement of Interest_att to 20250723 EM Scutchfield to DOJ | CRT-0001547 |
| KY 7.23.2025 CountsbySourceCode-June 2025_att to 20250723 EM Scutchfield to DOJ | CRT-0001559 |

| | |
|---|---|
| KY 7.23.2025 Removals_Public_Excel spreasdsheet_att to 20250723 EM Scutchfield to DOJ | CRT-0001600 |
| Screenshot- Processes leading directly to purgation | CRT-0001601 |
| 20250925 Wood to DOJ | CRT-0001602 |
| LA SOS Ltr - 9.24.2025 | CRT-0001603 |
| 20251209 Wood to DOJ | CRT-0001604 |
| Letter to US DOJ - 12.9.2025 | CRT-0001606 |
| Draft MOU - 12.9.2025 | CRT-0001608 |
| 20251229 Wood to DOJ | CRT-0001614 |
| Re EXTERNAL Re MOU re Full Voter Roll data | CRT-0001619 |
| LA 20251217 Letter Wood to DOJ | CRT-0001622 |
| 20250908 Maine Secretary of State response letter to DOJ | CRT-0001623 |
| Bellows to DOJ 20250808 | CRT-0001626 |
| Maine Secretary of State response to DOJ_08082025 | CRT-0001627 |
| DeMarinis from DOJ 20250715 | CRT-0001633 |
| 20250714 Letter DOJ to DeMarinis | CRT-0001634 |
| DeMarinis to DOJ 20250730 | CRT-0001638 |
| Response_Letter_07302025 | CRT-0001639 |
| DeMarinis to DOJ 20250813 | CRT-0001645 |
| Response_VR_list_08132025 | CRT-0001646 |
| DeMarinis to DOJ 20250825 | CRT-0001648 |
| DOJ_Response_082225_final | CRT-0001649 |
| EXTERNAL State of Maryland Application for Voter Registration Data | CRT-0001652 |

| | |
|---|---|
| 20250805 EM DOJ to Johnson _RE EXTERNAL Voter Registration Application Request | CRT-0001661 |
| MD 20250730 Letter DeMarinis to DOJ | CRT-0001663 |
| 20250807 Tassinari to DOJ | CRT-0001669 |
| MA SOC DOJ Reply 8.7.2025 | CRT-0001670 |
| 20250721 Benson to DOJ | CRT-0001671 |
| 20250721 Brater to DOJ_ Autoreply | CRT-0001673 |
| 20250808 Benson to DOJ_ Autoreply | CRT-0001674 |
| 20250808 Craine to DOJ autoreply | CRT-0001676 |
| 20250828 Craine to DOJ | CRT-0001677 |
| 20250902_0824 Hines to DOJ | CRT-0001679 |
| 20250902_1252 Hines to DOJ | CRT-0001681 |
| 20250903_0807 Hines to DOJ | CRT-0001684 |
| 20250903_1252 Hines to DOJ | CRT-0001688 |
| 20250911_1243 Hines to DOJ | CRT-0001693 |
| 20250902 Letter Craine to DOJ _FINAL MDOS Response To DOJ | CRT-0001699 |
| MI Completed JEFS User Agreement form Sherri Hines | CRT-0001701 |
| MI 20250909 Letter Craine to DOJ_MDOS Response to DOJ Civil RIghts Division | CRT-0001708 |
| MN 20250821 Letter Erickson to DOJ_Minnesota Response Letter | CRT-0001714 |
| 2025.08.25 Attachment to Response Letter_ Information Exchange Agreement  Nevada DMV and SSA | CRT-0001720 |
| 20250725 EM Erickson to DOJ | CRT-0001732 |
| State of Minnesota Amended Interagency Agreement_att to 20250725 EM Erickson to DOJ | CRT-0001733 |

| | |
|---|---|
| MN 20250725 Letter Erickson to DOJ | CRT-0001759 |
| MN 2025120 EM Behrens to DOJ_ RE_ USA v_ Simon 25-CV-3671 | CRT-0001767 |
| 2025.12.09 Letter responding to MOU | CRT-0001769 |
| EXTERNAL Mississippi Secretary of State response to request for records | CRT-0001771 |
| Kirkpatrick to DOJ 20250808 | CRT-0001772 |
| MS 20250725 Letter DOJ to Watson | CRT-0001774 |
| MS 20251209 EM Kirkpatrick to DOJ_EXTERNAL_ Re_ Full Voter Roll List MOU | CRT-0001777 |
| MO 20250916 Davis to DOJ | CRT-0001780 |
| MO 20260303 EM DOJ to Capozzi | CRT-0001781 |
| 20260303 Hoskins from DOJ | CRT-0001782 |
| MO 20260309 EM DOJ to Capozzi | CRT-0001783 |
| Proposed VRLData Sharing Agreement DOJ- unisgned | CRT-0001784 |
| MT 20250721 EM DOJ to Klein_Re_ Follow up request to our discussion today | CRT-0001793 |
| 20251229 State to DOJ_ Re_ Full Voter Roll List with MOU | CRT-0001796 |
| MT 20251229 Letter Jacobsen to DOJ | CRT-0001799 |
| 2050731 State to DOJ_ RE_ Follow up request to our discussion today | CRT-0001801 |
| NE 20251203 EM Evnen to DOJ _RE Full Voter Roll List with MOU | CRT-0001805 |
| NE 20251209 EM Byelick to DOJ | CRT-0001807 |
| NE 20251203 EM Evnen to DOJ | CRT-0001809 |
| 20250814 Wlaschin to DOJ | CRT-0001811 |
| 20250821 DiChiara to DOJ | CRT-0001812 |
| 20250825 DiChiara to DOJ_attachment | CRT-0001814 |

| | |
|---|---|
| 20250825 SS of Email Response | CRT-0001826 |
| 20250625 EM DOJ to Scanlan | CRT-0001827 |
| 20250625 Letter DOJ to Scanlan_att to 20250625 EM DOJ to Scanlan | CRT-0001828 |
| 20250725 EM Scanlan to DOJ | CRT-0001831 |
| 20051229 Memorandum of Understanding Between NH Dept of State and DMV_att to 20250725 EM Scanlan to DOJ | CRT-0001832 |
| Sample Only Voter Registration Form - November 2024att to 20250725 EM Scanlan to DOJ | CRT-0001835 |
| NH HAVA Compliance Response to Letter Dated 06.25.25att to 20250725 EM Scanlan to DOJ | CRT-0001836 |
| 20250725 New Hampshire Response Letter | CRT-0001844 |
| 20250828 Scanlan to DOJ | CRT-0001852 |
| NH 20250828 Letter Scanlan to DOJ _Response to August 18 DOJ Letter | CRT-0001853 |
| NH 20251204 EM Holl from DOJ RE_ U_S_ v_ Scanlan_ 25-cv-371-- MOU Template | CRT-0001854 |
| NH 20251203 EM Holl from DOJ Re_ U_S_ v_ Scanlan_ 25-cv-371-- MOU Template | CRT-0001856 |
| Proposed VRLData Sharing Agreement (FINAL)_ unsigned | CRT-0001857 |
| NJ 20251208 Letter Dryzga to DOJ | CRT-0001866 |
| 20250729 EM Barber to DOJ | CRT-0001872 |
| NJ 20251201 EM Gleeson to DOJ RE _EXTERNAL_ MOU to protect voter information | CRT-0001873 |
| NJ 20260109 EM Dryzga to DOJ | CRT-0001874 |

| | |
|---|---|
| NJ 20260109 Letter Dryzga to DOJ_att to 20260109 EM | CRT-0001877 |
| NJ 20260130 EM Dryzga to DOJ | CRT-0001880 |
| Kiteworks Receipt Instructions_Tolouse Oliver | CRT-0001882 |
| NM SOS response to DOJ's resquest for voter files | CRT-0001883 |
| 20250724 New York Response Letter | CRT-0001885 |
| 20250829 - NYSBOE DOJ Letter Response_08292025 | CRT-0001887 |
| 20250806 LaRose to DOJ 20250806 autoreply2 | CRT-0001898 |
| 20250806 LaRose to DOJ autoreply | CRT-0001899 |
| 20240206 EM Ziriax to DOJ | CRT-0001900 |
| OK 20260426 Letter Ziriax to DOJ_att to 20260204 EM | CRT-0001901 |
| 20250616 Ltr Page to DOJ_electronic copy | CRT-0001903 |
| 20250620 Letter from County Counsel to USDOJ | CRT-0001907 |
| 20250821 Oregon Attachment to Letter.htm | CRT-0001909 |
| 20250821 Read to DOJ | CRT-0001910 |
| 20250821 Read to DOJ | CRT-0001911 |
| 20250723 EM Palmer to DOJ | CRT-0001915 |
| Pennsylvania Reply to DOJ Voter Reg letter 2025-07-23 | CRT-0001916 |
| Pa. DOS - PennDOT MOU (2005) | CRT-0001927 |
| PennDOT - SSA Agreement Related to HAVA Voter Regstrtn Info (2005) | CRT-0001936 |
| EXHIBIT 1- Pennsylvania Reply to DOJ Voter Reg letter 2025-07-23 | CRT-0001946 |
| EXHIBIT 1- Response Letter from PA | CRT-0001957 |

| | |
|---|---|
| EXTERNAL PA Department of State response to 8-14-25 letter | CRT-0001969 |
| Pa. DOS 8-21-25 Response | CRT-0001970 |
| Palmer to DOJ 20250818 | CRT-0001973 |
| PA 20250818 Letter Schmidt to DOJ_ Reply to DOJ List Maintenance letter 2025-08-04 | CRT-0001974 |
| PA 20250723 Letter Schmidt to DOJ_ Reply to DOJ Voter Reg letter 2025-06-23 | CRT-0001980 |
| RI 20250916 Letter Amore to DOJ | CRT-0001991 |
| SCEC to DOJ 20250806 autoreply | CRT-0001993 |
| SD 20251223 Letter Johnson DOJ | CRT-0001994 |
| 20250826 Goins to DOJ | CRT-0001996 |
| 20251210 TN Letter from Hargett | CRT-0002002 |
| TN 20251222 EM Goins to DOJ re question re JEFS user agreement form | CRT-0002003 |
| TN 20251222 EM Goins to DOJ re JEFS user agreement form_Zach_Pratt | CRT-0002005 |
| TN 20251222 EM Goins to DOJ_att JEFS user agreement form_Zach_Pratt | CRT-0002007 |
| 20251210 EM Goins to DOJ re updated email address | CRT-0002014 |
| 20250821 Bitter to DOJ | CRT-0002015 |
| 8-21-25 Texas SOS Letter to U.S. Department of Justice (PIR 25-0824) - with enclosure | CRT-0002017 |
| 20250828 Bitter to DOJ | CRT-0002021 |
| 8-28-25 Texas SOS Letter to U.S. Department of Justice (PIR 25-0824) - with enclosure | CRT-0002023 |
| 20251001 Bitter to DOJ | CRT-0002026 |
| 20251003 Bitter to DOJ | CRT-0002028 |

| | |
|---|---|
| 20251205 Bitter to DOJ_1850 | CRT-0002031 |
| Texas SOS Letter to DOJ Civil Rights Division 12.5.25 | CRT-0002033 |
| 20251205 Bitter to DOJ_1853 | CRT-0002034 |
| VRLData Sharing Agreement DOJ-TX (TXSOS Signed) | CRT-0002036 |
| Bitter to DOJ 20251223 | CRT-0002045 |
| Texas SOS Letter to DOJ Civil Rights Division 12.23.25 | CRT-0002050 |
| RE DOJ CRT proposed MOU | CRT-0002051 |
| EXECUTED MOU DOJ-TX 12.9.25 | CRT-0002054 |
| 20250730 Cowley to DOJ | CRT-0002063 |
| 20250731 Cowley to DOJ | CRT-0002065 |
| Lt. Gov. Deidre Henderson - DOJ Response Letter Response | CRT-0002067 |
| RE_ _EXTERNAL_ Re_ Full Voter Roll List with MOU | CRT-0002075 |
| _EXTERNAL_ Re_ Full Voter Roll List with MOU | CRT-0002078 |
| Vermont_Response_Civil_DOJ_Letter_Final | CRT-0002080 |
| 9.23.2025 Secretary Hobbs DOJ Response | CRT-0002084 |
| 20250922 Cook to DOJ | CRT-0002088 |
| WV 20250922 Letter Warner to DOJ | CRT-0002089 |
| WI 20250702 Letter WEC to DOJ | CRT-0002096 |
| WI 20251211 WEC Letter - Resp to 12.2.25 DOJ Correspondence - FINAL | CRT-0002101 |
| 20250722 Allen from DOJ | CRT-0002107 |
| 20250805 Letter Allen to DOJ | CRT-0002110 |
| AK 20250702 Dahlstrom from DOJ | CRT-0002326 |
| AK 20250702 Letter DOJ to Dahlstrom | CRT-0002327 |

| | |
|---|---|
| AK 20250804 Beecher from DOJ | CRT-0002329 |
| AK JEFS_External Users Agreement_Blank_att to EM 20250804 Beecher from DOJ | CRT-0002332 |
| 20250804 Alaska_Flynn from DOJ Email | CRT-0002339 |
| 20250804 Alaska_Thompson from DOJ Email | CRT-0002341 |
| 20250814 Alaska_DOJ to Dahstrom - Complete Voter Registration List with All Fields Email | CRT-0002345 |
| 20250814 CRT to Alaska Letter_State of Alaska Final | CRT-0002346 |
| Proposed VRLData Sharing Agreement DOJ-Alaska | CRT-0002349 |
| 20251201 CRT to Alaska - MOU Complete Voter Registration List With All Fields | CRT-0002358 |
| 20251125 Alaska_CRT to Dahlstrom_MOU - Complete Voter Registration List with All Fields | CRT-0002359 |
| VRLData Sharing Agreement DOJ-AK | CRT-0002360 |
| 20251208 CRT to AK Lt Governor - Complete Voter Registration List | CRT-0002369 |
| Proposed VRLData Sharing Agreement DOJ-Alaska | CRT-0002370 |
| 20251125 Alaska_CRT to Dahlstrom_MOU - Complete Voter Registration List with All Fields | CRT-0002379 |
| Proposed VRLData Sharing Agreement DOJ-Alaska | CRT-0002380 |
| 20250814 Alaska_Dahlstrom from DOJ Letter | CRT-0002389 |
| 20250702 Alaska_Dahlstrom from DOJ Letter | CRT-0002392 |

| | |
|---|---|
| 20251208 Alaska_CRT to Dahlstrom - RE MOU - Complete Voter Registration List with All Fields Email | CRT-0002394 |
| 20250728 Arizona Fontes from DOJ Email | CRT-0002395 |
| 20250728 Arizona_CRT to Fontes Letter | CRT-0002396 |
| 20250814 Complete Voter Registration List with All Fields and Additional Information | CRT-0002399 |
| 20250814 Arizona_CRT to Fontes Letter | CRT-0002400 |
| 20250904 CRT to Fontes RE Litigation Hold of Arizona Election Documents Email | CRT-0002403 |
| 20250904 Arizona_CRT to Fontes Letter | CRT-0002404 |
| 20250725 Jester from DOJ Email | CRT-0002406 |
| 20250725 Arkansas_ CRT to Jester Letter | CRT-0002407 |
| 20250814 CRT to Arkansas_Complete Voter Registration List with All Fields Email | CRT-0002410 |
| 20250814 Arkansas_CRT to Jester Letter | CRT-0002411 |
| 20251202 Arkansas_CRT to Bellamy_MOU for Complete Voter Registration List with All Fields Email | CRT-0002414 |
| Proposed VRLData Sharing Agreement DOJ-Arkansas | CRT-0002415 |
| 20250814 Arkansas_CRT to Jester Letter | CRT-0002424 |
| 20250710 California_CRT to Weber Email | CRT-0002427 |
| 20250710 California_CRT to Weber Letter | CRT-0002428 |
| 20251201 Colorado_CRT to Kline_Voter Registration Request Follow Up Email | CRT-0002431 |
| 20250512 Colorado_CRT to Griswold Letter | CRT-0002432 |
| Proposed VRLData Sharing Agreement DOJ-Colorado | CRT-0002434 |
| Notice of Motion for Leave to File Amicus Brief By Sixteen States | CRT-0002443 |

| | |
|---|---|
| 20251118 SOS Letter to DOJ Re DOJ Requests for State Voter Info and DHS Use of Voter Data | CRT-0002484 |
| 20250806 Connecticut_Thomas from DOJ Email | CRT-0002488 |
| 20250806 Connecticut CRT to Thomas Letter | CRT-0002489 |
| 20250806 Connecticut CRT to Thomas Letter | CRT-0002492 |
| 20251025 Connecticut_CRT to Thomas Follow Up Email | CRT-0002495 |
| 20251212 Connecticut_CRT to Thomas Letter | CRT-0002496 |
| 20251025 Connecticut_CRT to Thomas - Proposed VRLData Sharing Agreement MOU | CRT-0002499 |
| 20251210 Connecticut_CRT to Thomas_Request for Complete Connecticut's Voter Registration List with All Fields Email | CRT-0002508 |
| 20251212 Connecticut_CRT to Thomas Letter | CRT-0002509 |
| Proposed VRLData Sharing Agreement MOU | CRT-0002512 |
| 20250711 Delaware_CRT to Albence Email | CRT-0002521 |
| 20250711 Delaware_CRT to Albence Letter | CRT-0002522 |
| 20250731 Delaware_CRT to Albence Email | CRT-0002525 |
| 20250731 Delaware_CRT to Albence Email Attachment_JEFS External Users Agreement Form | CRT-0002527 |
| 20250804 Delaware_CRT to Albence Email | CRT-0002534 |
| 20250804 Delaware_CRT to Albence Letter | CRT-0002535 |
| 20250814 Delaware_CRT to Albence Email | CRT-0002536 |

| | |
|---|---|
| 20250814 Delaware_CRT to Albence Letter | CRT-0002537 |
| 20250814 Delaware_CRT to Albence Email | CRT-0002540 |
| 20250814 Delaware_CRT to Albence Letter | CRT-0002541 |
| 20250814 District of Columbia_CRT to Evans Letter | CRT-0002544 |
| 20250711District of Columbia_CRT to Evans Email | CRT-0002547 |
| 20250711 District of Columbia_CRT to Evans  Letter | CRT-0002548 |
| 20250806 District of Columbia_CRT from Evans Letter | CRT-0002551 |
| 20250904 District of Columbia_CRT From Evans Letter | CRT-0002556 |
| 20250814 Florida_CRT to Byrd Letter | CRT-0002558 |
| 20250814 Florida_CRT to Byrd - Complete Voter Registration List with All Fields Email | CRT-0002561 |
| 20250814 Florida_CRT to Byrd Letter | CRT-0002562 |
| 20251030 CRT to Fulton County Letter | CRT-0002565 |
| 20250807 Georgia_ CRT to Raffensperger Email | CRT-0002567 |
| 20250807 Georgia_ CRT to Raffensperger Letter | CRT-0002568 |
| 20250814 CRT to Raffensperger - Complete Voter Registration List with All Fields Email | CRT-0002571 |
| 20250814 CRT to Raffensperger Letter | CRT-0002572 |
| 20251202 CRT New Georgia Correspondence Email | CRT-0002575 |
| 2025121 CRT to GA - USDOJ contact re_ Voter Registration List Email | CRT-0002576 |
| 20250807 Georgia_DOJ to Raffensperger Letter | CRT-0002577 |

| | |
|---|---|
| 20250814 Georgia_DOJ to Raffensperger Letter | CRT-0002580 |
| Proposed VRLData Sharing Agreement DOJ-Georgia | CRT-0002583 |
| 20251201 CRT to Hawaii_Voter Registration List Request Follow Up Email | CRT-0002592 |
| 20250908 Hawaii_CRT to Nago Letter | CRT-0002593 |
| Notice of Motion for Leave to File Amicus Brief By Sixteen States | CRT-0002596 |
| Proposed VRLData Sharing Agreement DOJ-HI | CRT-0002637 |
| 20251202 CRT from Hawaii - RE Voter Registration List Request Follow Up Email | CRT-0002646 |
| 20250908 Idaho_CRT to McGrane Letter | CRT-0002647 |
| 20250922 Idaho_CRT to McQuade Email | CRT-0002650 |
| 20250922  Attachment to email - JEFS_External Users Agreement | CRT-0002651 |
| 20250922_1312 Idaho_CRT to McQuade | CRT-0002658 |
| 20250922_1625 Idaho_ CRT to McQuade | CRT-0002660 |
| 20260128 Idaho_CRT to Cody and Jesse Email | CRT-0002662 |
| VRLData Sharing Agreement DOJ-ID 2026.01.28 | CRT-0002664 |
| 20250302 CRT to Idaho RE_Ext_ RE_ Correspondence Email | CRT-0002673 |
| 20251219 Idaho CRT to McQuade - Voter Roll Update Email | CRT-0002677 |
| 20250728 Illinois Matthews from DOJ Email | CRT-0002678 |
| 20250728 Illinois Matthews from DOJ Letter | CRT-0002679 |

| | |
|---|---|
| 20250814 Illinois_CRT to Matthews Complete Voter Registration List with All Fields | CRT-0002683 |
| 20250814 Illinois_CRT to Matthews Letter | CRT-0002684 |
| 20250714 Imdiana_Morales from DOJ | CRT-0002687 |
| 20250714 Indiana_Morales from DOJ Letter | CRT-0002688 |
| 20250814 Indiana_Morales from DOJ Letter | CRT-0002691 |
| 20250908 Indiana_Prentice from DOJ Email | CRT-0002694 |
| 20250715 Iowa_Pate from DOJ Eamil | CRT-0002698 |
| 20250715 Iowa_CRT to Pate | CRT-0002699 |
| 20250814 Iowa_ Pate from DOJ | CRT-0002702 |
| 20260128 Iowa_CRT to Gookin Email | CRT-0002705 |
| 20250806 State of Kansas | CRT-0002707 |
| 20250814 State of Kansas Final | CRT-0002710 |
| 20251202 Sellers from DOJ | CRT-0002713 |
| 20250814 Adams from DOJ | CRT-0002714 |
| VRLData Sharing Agreement DOJ-STATE | CRT-0002717 |
| 20251209 Brown from DOJ | CRT-0002726 |
| Adams from DOJ 20250717 | CRT-0002729 |
| Commonwealth of Kentucky | CRT-0002730 |
| Sellers from DOJ 20250808 | CRT-0002734 |
| Commonwealth of Kentucky SBE | CRT-0002735 |
| Commonwealth of Kentucky | CRT-0002737 |
| 7.23.2024 DOJ Response | CRT-0002741 |
| 20251202 Wood from DOJ | CRT-0002743 |
| 9.8.2025 Letter to Louisiana Final | CRT-0002744 |
| LA SOS Ltr - 9.24.2025 | CRT-0002747 |
| VRLData Sharing Agreement DOJ-LA | CRT-0002748 |
| 20251209 Wood from DOJ | CRT-0002757 |

| | |
|---|---|
| 20250818 State of Maine Final | CRT-0002759 |
| Bellows from DOJ 20270724 | CRT-0002762 |
| State of Maine | CRT-0002763 |
| State of Maryland | CRT-0002766 |
| State of Maryland- L4.8.18.25 | CRT-0002770 |
| 20250722 Galvin from DOJ | CRT-0002773 |
| Commonwealth of Massachussetts | CRT-0002774 |
| 20250814 Galvin from DOJ | CRT-0002777 |
| State of Massachusetts Final | CRT-0002778 |
| 20250828 Galvin from DOJ | CRT-0002781 |
| 20250721 Benson from DOJ | CRT-0002782 |
| State of Michigan | CRT-0002783 |
| 20250808 Benson from DOJ | CRT-0002787 |
| State of Michigan | CRT-0002788 |
| 20250814 Benson from DOJ | CRT-0002790 |
| 20250822 Lillie from DOJ | CRT-0002793 |
| 20250902_1500 Hines from DOJ | CRT-0002795 |
| 20250903_0942 Hines from DOJ | CRT-0002799 |
| 20250903_1446 Hines from DOJ | CRT-0002803 |
| 20250911_1623 Hines from DOJ | CRT-0002808 |
| 2025.08.13 HAVA.CRA Letter to MN re Voter Reg List 8.13.2025 | CRT-0002815 |
| 20250625 EM CRT to Simon | CRT-0002817 |
| State of Minnesota | CRT-0002818 |
| 2026.01.02 MN Demand Letter 010226 (signed) | CRT-0002821 |
| 2026.04.17 CRA Letter to MN 4.17.26 | CRT-0002823 |
| DOJ-CRT_Registered Voter List Request Form | CRT-0002825 |

| | |
|---|---|
| RE_ USA v_ Simon 25-CV-3671 | CRT-0002827 |
| VRLData Sharing Agreement to MN 2025.12.01 | CRT-0002828 |
| 20250725 EM CRT to Watson | CRT-0002837 |
| State of Mississippi | CRT-0002838 |
| 20251201 CRT to MS MOU to sign and request for VOT list | CRT-0002841 |
| Full Voter Roll List MOU | CRT-0002842 |
| 20250814 State of Mississippi Final | CRT-0002843 |
| 20250821 [EXTERNAL] Mississippi Secretary of State response to request for records | CRT-0002846 |
| VRLData Sharing Agreement DOJ-MS | CRT-0002847 |
| RE_ Full Voter Roll List MOU | CRT-0002856 |
| 20250908 Hoskins from DOJ | CRT-0002858 |
| 20260303 Hoskins from DOJ | CRT-0002861 |
| VRLData Sharing Agreement DOJ-MO 3.9.26 | CRT-0002862 |
| 20251202 CRT to State_Full Voter Roll List with MOU | CRT-0002871 |
| 20250814 State of Montana Final | CRT-0002872 |
| VRLData Sharing Agreement DOJ-MT | CRT-0002875 |
| 20251209 CRT to State_RE_ Full Voter Roll List with MOU | CRT-0002884 |
| 20251210 CRT to State_RE_2 Full Voter Roll List with MOU | CRT-0002886 |
| 20251218 CRT to State_ Re_Follow up 12.18 | CRT-0002888 |
| Full Voter Roll List with MOU | CRT-0002890 |
| 9.8.2025 Letter to Nebraska Final | CRT-0002891 |
| VRLData Sharing Agreement DOJ-NE | CRT-0002894 |

| | |
|---|---|
| RE_ Full Voter Roll List with MOU | CRT-0002903 |
| 20250814 Aguilar from DOJ | CRT-0002905 |
| State of New Hampshire | CRT-0002908 |
| 20250818 State of New Hampshire Final | CRT-0002911 |
| VRLData Sharing Agreement (FINAL) | CRT-0002913 |
| 20250715 EM CRT to Way | CRT-0002922 |
| State of New Jersey | CRT-0002923 |
| Complete Voter Registration List with All Fields | CRT-0002926 |
| State of New Jersey Final | CRT-0002927 |
| Follow Up email | CRT-0002930 |
| RE_ Follow Up email | CRT-0002932 |
| RE_ MOU to protect voter information | CRT-0002934 |
| VRLData Sharing Agreement (FINAL) | CRT-0002936 |
| 20250814 Toulouse Oliver from DOJ | CRT-0002945 |
| 20250908 Toulouse Oliver from DOJ | CRT-0002948 |
| 20250630 CRT to NYSBOE | CRT-0002951 |
| State of New York | CRT-0002952 |
| 20250814 State of New York Final | CRT-0002955 |
| 12.10.2025 Request for Complete North Carolina's Voter Registration List with All Fields | CRT-0002958 |
| CRA Letter to NC 12.10.25 | CRT-0002959 |
| VRLData Sharing Agreement MOU | CRT-0002962 |
| 12.19.2025 Voter Roll Request Follow up | CRT-0002971 |
| 2.5.2026 Voter records request - FRE 408 Protected Communication | CRT-0002972 |
| VRLData Sharing Agreement (FINAL) | CRT-0002973 |
| 20250806 LaRose from DOJ | CRT-0002982 |

| | |
|---|---|
| State of Ohio | CRT-0002983 |
| 20250814 LaRose from DOJ | CRT-0002986 |
| CRA Letter to OK 12.10.25 | CRT-0002989 |
| Request for Oklahoma's Complete Voter Registration List with All Fields | CRT-0002992 |
| CRA Letter to OK 12.10.25 | CRT-0002993 |
| VRLData Sharing Agreement MOU | CRT-0002996 |
| Voter Roll Request Follow Up | CRT-0003005 |
| Request for Oklahoma's Complete Voter Registration List with All Fields | CRT-0003006 |
| CRA Letter to OK 12.10.25 | CRT-0003007 |
| VRLData Sharing Agreement MOU | CRT-0003010 |
| RE_ Following Up on Voter Roll Request | CRT-0003019 |
| Following Up on Voter Roll Request | CRT-0003021 |
| CRA Letter to OK 12.10.25 | CRT-0003022 |
| CRA Letter to OK 12.10.25 | CRT-0003025 |
| VRLData Sharing Agreement MOU | CRT-0003028 |
| 20250602 Ltr DOJ to Page Orange County emailed copy_ | CRT-0003037 |
| 20250616 Ltr Page to DOJ_recvd by mail | CRT-0003039 |
| 20250617 DRAFT Letter to Orange County CA signed | CRT-0003045 |
| FW_ Letter from the Department of Justice | CRT-0003047 |
| Orange County emailed copy_ | CRT-0003048 |
| 20250716 Read from DOJ | CRT-0003050 |
| State of Oregon | CRT-0003051 |
| 20250814 Read from DOJ | CRT-0003054 |
| 20250623 Commonwealth of Pennsylvania | CRT-0003057 |
| 20250623 EM DOJ to Schmidt | CRT-0003060 |

| | |
|---|---|
| Commonwealth of Pennsylvania | CRT-0003061 |
| 20250814 Commonwealth of Pennsylvania Final | CRT-0003064 |
| EM Schmidt from DOJ 20250804 | CRT-0003067 |
| Commonwealth of Pennsylvania | CRT-0003068 |
| 9.8.2025 Letter to Rhode Island Final | CRT-0003071 |
| 20250806 State of South Carolina | CRT-0003074 |
| 20250814 State of South Carolina Final | CRT-0003076 |
| Knapp from DOJ 20250806 | CRT-0003079 |
| State of South Carolina | CRT-0003080 |
| RE_ USDOJ MOU_ Today's Meeting | CRT-0003082 |
| NY BOE Memorandum Motion to Compel | CRT-0003087 |
| Texas SOS Letter to DOJ Civil Rights Division 12.23.25 | CRT-0003125 |
| Ohio Response to DOJ | CRT-0003126 |
| Letter to DOJ (12.17.2025) | CRT-0003129 |
| 20250814 State of South Dakota Final | CRT-0003130 |
| 20250807 Hargett from DOJ | CRT-0003133 |
| State of Tennessee | CRT-0003134 |
| 20250814 Hargett from DOJ | CRT-0003137 |
| 20250807 Nelson from DOJ | CRT-0003140 |
| State of Texas | CRT-0003141 |
| 20250814 Nelson from DOJ | CRT-0003144 |
| Bitter from DOJ 20251209 | CRT-0003147 |
| EXECUTED MOU DOJ-TX 12.9.25 | CRT-0003149 |
| 20250715 Henderson from DOJ | CRT-0003158 |
| State of Utah | CRT-0003159 |
| 20250801 Cowley from DOJ | CRT-0003162 |
| JEFS_External Users Agreement | CRT-0003164 |

| | |
|---|---|
| 20251202 Cowley from DOJ | CRT-0003171 |
| VRLData Sharing Agreement DOJ-UT | CRT-0003172 |
| 20250829 Owsley to DOJ | CRT-0003181 |
| 20250814 Henderson from DOJ | CRT-0003184 |
| 9.8.2025 Letter to Vermont Final | CRT-0003187 |
| 20250715 Letter to Commonwealth of Virginia | CRT-0003190 |
| 20250814 Commonwealth of Virginia Final | CRT-0003193 |
| 9.8.2025 Letter to Washington Final | CRT-0003196 |
| Follow Up | CRT-0003199 |
| 9.8.2025 Letter to West Virginia Final | CRT-0003200 |
| VRLData Sharing Agreement MOU | CRT-0003203 |
| RE_ Follow Up | CRT-0003212 |
| Request for West Virginia's VRL | CRT-0003213 |
| 9.8.2025 Letter to West Virginia Final | CRT-0003214 |
| VRLData Sharing Agreement MOU | CRT-0003217 |
| 20250604 CRT to WEC | CRT-0003226 |
| 20250617  CRT to WEC | CRT-0003229 |
| 20251202 Demand for Full Voter Roll from DOJ CRT | CRT-0003231 |
| VRLData Sharing Agreement DOJ-WI | CRT-0003232 |
| DOJ Seal | CRT-0003241 |
| Demand for Full Voter Roll from DOJ CRT | CRT-0003242 |
| VRLData Sharing Agreement DOJ-WI | CRT-0003243 |
| 20250821 New Jersey to DOJ | CRT-0003252 |
| Dec. 10, 2025 Letter from Wes Allen, Alabama Secretary of State, to Maureen Riordan[1] | CRT-0003255 |

---

[1] This document and all below documents are supplements to the original administrative record.

| | |
|---|---|
| Mar. 6, 2025 Email chain between Eric Gookin and Eric Neff, DOJ-CRT | CRT-0003257 |
| Mar. 5, 2026 Letter from Paul D. Pate, Iowa Secretary of State, to Eric Neff | CRT-0003259 |
| Dec. 24, 2025 Letter from Michael Watson, Mississippi Secretary of State, and Kyle Kirkpatrick, Mississippi Assistant Secretary of State, to Eric Neff | CRT-0003261 |
| Feb. 5, 2026 Email chain between Eric Neff and Austin James (Montana) | CRT-0003263 |
| Feb. 12, 2026 Email from Colleen Byelick, Chief Deputy at Nebraska Secretary of State, to Eric Neff | CRT-0003264 |
| Feb. 12, 2026 Letter from Robert Evnen, Nebraska Secretary of State, to Eric Neff | CRT-0003265 |
| Dec. 11, 2025 Email chain between David Vandenberg and Eric Neff | CRT-0003267 |
| Dec. 10, 2025 Letter from Mark Goins, Tennessee Coordinator of Elections, to David Vandenberg | CRT-0003271 |
| Dec. 18, 2025 Email chain between Mark Goins and David Vandenberg | CRT-0003272 |
| Dec. 18, 2025 Letter from Tre Hargett, Tennessee Secretary of State, and Mark Goins, Mississippi Assistant Secretary of State, to Eric Neff | CRT-0003275 |
| July 25, 2025 Email chain titled "Assist WY with Deliveries" between CRT and WY SecState | CRT-0003277 |
| July 25, 2025 Email from Joe Rubino, Wyoming Secretary of State's Office, titled "HAVA letter" | CRT-0003281 |

| | |
|---|---|
| July 24, 2025 Letter from Chuck Gray, Wyoming Secretary of State to Maureen Riordan and Michael Gates | CRT-0003283 |
| July 24, 2025 Email chain between CRT and Joe Rubino, Wyoming Secretary of State's Office, titled "Please see the attached correspondence" | CRT-0003298 |
| July 22, 2025 JEFS External Collaboration Access | CRT-0003302 |
| July 22, 2025 JEFS Account Request Form for External non-DOJ Users | CRT-0003316 |
| July 25, 2025 Email titled "Corey Butler (CRT-DOJ) has invited you to collaborate on Box" | CRT-0003323 |
| Contract between DOJ and CACI for litigation support services (start date Dec. 1, 2020) | CRT-0003325 |
| Office of Legal Counsel Slip Opinion, *Authority to Obtain and Share Statewide Voter Roll Data* (May 12, 2026) | CRT-0003330 |
| July 31, 2025 Email chain titled "Re: Follow up request to our discussion today" | CRT-0003371 |
| July 22, 2025 Email chain titled "RE: Tasks – Election Enforcement Status" | CRT-0003376 |
| Email from Tim Mellett to Allan Percival titled "Records/Privacy Act" | CRT-0003381 |
| Aug. 27, 2025 Email chain titled "RE: Voting Section – Privacy Act Questions" | CRT-0003382 |
| Sep. 2, 2025 Email chain titled "RE: NASS call" | CRT-0003384 |
| Aug. 25, 2025 Email from Tim Mellett to Amanda Bryce titled "Voting Section – Privacy Act Questions" | CRT-0003386 |

| | |
|---|---|
| Jan. 13, 2026 Email chain titled "RE: Virginia rolls" | CRT-0003387 |
| Nov. 18, 2025 Email chain titled "RE: Letters from Secretaries of State to DOJ and DHS" | CRT-0003392 |
| Jan. 12, 2026 Email from John Watson to Kilian Kagle titled "RE: Voting Section Support – Data Requests" | CRT-0003396 |
| July 15, 2025 Email chain titled "FW: Privacy Act Questions" | CRT-0003397 |
| Mar. 6, 2026 Letter from Todd Lyons to Harmeet Dhillon* | CRT-0003398 |
| Mar. 12, 2026 Letter from Harmeet Dhillon to Todd Lyons* | CRT-0003399 |
| Aug. 14, 2025 Letter from Harmeet Dhillon to Chuck Gray, Wyoming Secretary of State | CRT-0003401 |
| Aug. 28, 2025 Letter from Chuck Gray to Harmett Dhillon | CRT-0003404 |

*\* Defendants include these documents in the administrative record for expediency purposes and to avoid unnecessary disputes.  However, notwithstanding their inclusion, Defendants do not concede that the actions described in those documents are reviewable final agency actions under the Administrative Procedure Act.*