**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE, et al.,<br><br>    Defendants. | Civil Action No. 1:26-cv-01352-SLS |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants respectfully request an extension of time in which to file their forthcoming reply by one business day, *i.e.* until June 22, 2026.

Good cause exists to support this motion. Under the briefing schedule ordered by the Court, Defendants' reply is due on June 19. *See* Minute Order (May 1, 2026). That day is Juneteenth, a federal holiday on which the government counsel assigned to this case will not be working. *See* Off. of Personnel Mgmt., *Federal Holidays*, https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=2026 (last visited Jun. 9, 2026). Accordingly, Defendants respectfully request an extension of the time to file their reply by one business day, *i.e.* until June 22, 2026. As required by Local Civil Rule 7(m), the parties have conferred, and Plaintiffs consent to this Motion. A proposed Order accompanies this Motion.

Dated: June 10, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Christian.r.dibblee@usdoj.gov
(202) 353-5980

*Counsel for Defendants*

- 2 -