**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| COMMON CAUSE, *et al.*, |
| Plaintiffs, |
| v. |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, |
| Defendants. |

Case No. 1:26-cv-01352-SLS

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs respectfully notify the Court of the following supplemental authority—consisting of six decisions—issued after Plaintiffs' June 12 Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment and Reply in Support of Plaintiffs' Motion for Partial Summary Judgment. *See* ECF 36.

First, four more federal courts—the Sixth Circuit, the District of Maryland, the Western District of Pennsylvania, and the District of New Hampshire—have rejected lawsuits by the Department of Justice ("DOJ") to compel the disclosure of states' unredacted statewide voter registration lists. *See United States v. Benson*, --- F.4th ---, 2026 WL 1815425 (6th Cir. June 24, 2026); *United States v. Demarinis*, 2026 WL 1780586 (D. Md. June 18, 2026); *United States v. Schmidt*, 2026 WL 1850016 (W.D. Pa. June 27, 2026); *United States v. Scanlan*, 2026 WL 1864054 (D.N.H. June 29, 2026). Twelve courts have now rejected DOJ's voter data lawsuits, striking down the same legal arguments DOJ asserts here to defend its Voter List Maintenance Policy. *See* ECF 36 at 1 n.1 (collecting prior decisions). No court to date has ruled in DOJ's favor.

Second, on June 24, 2026, the District of Massachusetts declared Sections 2 and 3 of Executive Order 14,399, *Ensuring Citizenship Verification and Integrity in Federal Elections*, 91 Fed. Reg. 17125 (Mar. 31, 2026) (the "March 2026 EO"), "ultra vires" and "unconstitutional." *See California v. Trump*, 2026 WL 1826490, at *1, 17-18 (D. Mass. June 25, 2026). Pertinent here, the court affirmed that "neither in [the Help America Vote Act] nor any other federal statute does Congress authorize the federal government to create their own voting database. Instead, Congress, consistent with the Constitution, has left that authority to the States alone." *Id.* at *14. The court further held that the "federal agencies charged with compiling Confirmed Citizen Lists" under the March 2026 EO "lack the ability to create complete and accurate lists of the U.S. citizens residing in every State"—including using the unreliable "SAVE . . . data" Defendants are utilizing in this case—and that the cross-agency data sharing directed by the EO is subject to "the limitations of the Privacy Act." *Id.* at *13-*14.

Third, in *League of Women Voters v. DHS*, 2026 WL 1784297 (D.D.C. June 22, 2026) ("*LWV*"), this Court held unlawful, vacated, and set aside the "establishment of the modified [Systematic Alien Verification for Entitlements ("SAVE")] system and two related [systems of records] notices published by" the Department of Homeland Security ("DHS") and the Social Security Administration ("SSA"), on the grounds that those actions violated the Social Security Act, the Privacy Act, and the Administrative Procedure Act. *See id.* at *1-*2. As Defendants here concede, this Court in *LWV* "rejected many of [Defendants'] arguments" in this case. ECF 43 at n.2. On June 25, the government noticed its appeal of the Court's June 22 Memorandum Opinion and Order in *LWV*. *See* Notice of Appeal, *LWV v. DHS*, 25-cv-3501-SLS, ECF 113 (D.D.C. June 25, 2026).

Dated: July 1, 2026

Respectfully submitted,

*/s/  Nikhel S. Sus*
Nikhel S. Sus (D.C. Bar No. 1017937)
John B. Hill (N.Y. Bar No. 5505508)*
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
Tel: (202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org

Sara Chimene-Weiss*
PROTECT DEMOCRACY PROJECT
7000 N. 16th Street, Suite 120, #340
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

Jane Bentrott (D.C. Bar No. 1029681)
Naomi Gilens (D.C. Bar No. 90037831)
PROTECT DEMOCRACY PROJECT
2020 Pennsylvania Ave. NW, Suite #163
Washington DC 20006
Tel: (202) 579-4582
jane.bentrott@protectdemocracy.org
naomi.gilens@protectdemocracy.org

Jared Fletcher Davidson*
PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
jared.davidson@protectdemocracy.org

John Haubenreich*
PROTECT DEMOCRACY PROJECT
1108 McKennie Ave., Suite #223
Nashville, TN 37206
Tel: (202) 579-4582
john.haubenreich@protectdemocracy.org

Laurence M. Schwartztol (D.D.C. Bar No. MA0007)
DEMOCRACY AND RULE OF LAW CLINIC,
HARVARD LAW SCHOOL

3

1525 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 998-1877
lschwartztol@law.harvard.edu

Ming Cheung*
Ari J. Savitzky*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mcheung@aclu.org
asavitzky@aclu.org
tlee@aclu.org
slakin@aclu.org

Laura K. Follansbee (D.C. Bar No. 1782046)
Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
Tel: (202) 457-0800
lfollansbee@acludc.org
aspitzer@acludc.org

\* Admitted *pro hac vice*

*Counsel for Plaintiffs*

4