**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, *et al.*

               Plaintiffs,

         v.

U.S. DEPARTMENT OF JUSTICE, *et al*.

               Defendants.

Case No. 1:26-cv-01352

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify the Court of the following supplemental authorities— consisting of four decisions—issued after Plaintiffs' June 12 Opposition to Defendants' Motion to Dismiss or in the Alternative for Summary Judgment and Reply in Support of Plaintiffs' Motion for Partial Summary Judgment, *see* ECF 35, ECF 36, and after Plaintiffs' July 1 Notice of Supplemental Authority, *see* ECF 44.

Four more federal courts—the Northern District of New York, the Southern District of West Virginia, the District of New Mexico, and the Eastern District of Virginia—have rejected lawsuits by the Department of Justice ("DOJ") to compel the disclosure of states' unredacted statewide voter registration lists. *See United States v. Bd. of Elections*, No. 25-CV-1338, 2026 WL 1999921 (N.D.N.Y. July 10, 2026); *United States v. Warner,* No. 26-cv-00156, 2026 WL 2018877 (S.D.W.V. July 13, 2026); *United States v. Oliver,* No. 25-cv-01193, 2026 WL 2031479 (D.N.M. July 14, 2026); *United States v. Koski*, No. 26CV42, 2026 WL 2032532 (E.D. Va. July 14, 2026). Sixteen courts have now rejected DOJ's voter data lawsuits, striking down the same legal arguments DOJ asserts here to defend its Voter List Maintenance Policy. *See* ECF 36 at 1 n.1, ECF 44 at 1 (collecting prior decisions). No court to date has ruled in DOJ's favor.

Pertinent here, the Northern District of New York wrote: "The Government's position is that it may 'seek list maintenance records under HAVA . . . through the ordinary discovery process necessary to prosecute its [HAVA] claim.' But this argument inverts civil procedure; the Government cannot use discovery in hopes of finding an unpled HAVA violation." *Bd. of Elections*, 2026 WL 1999921, at *14 (alterations in original) (citation omitted).

Dated:    July 15, 2026                    Respectfully submitted,

                              By:    /s/ *Jane Bentrott*
                                     Jane Bentrott (D.C. Bar No. 1029681)
                                     Naomi Gilens (D.C. Bar No. 90037831)
                                     PROTECT DEMOCRACY PROJECT
                                     2020 Pennsylvania Ave. NW, Suite # 163
                                     Washington DC 20006
                                     Tel: (202) 579-4582
                                     Fax: (202) 769-3176
                                     naomi.gilens@protectdemocracy.org

                                     Sara Chimene-Weiss*
                                     PROTECT DEMOCRACY PROJECT
                                     7000 N. 16th Street, Suite 120, #340
                                     Phoenix, AZ 85020
                                     Tel: (202) 934-4237
                                     sara.chimene-weiss@protectdemocracy.org

                                     Jared Fletcher Davidson*
                                     PROTECT DEMOCRACY PROJECT
                                     82 Nassau Street, #601
                                     New York, NY 10038
                                     Tel: (202) 579-4582
                                     jared.davidson@protectdemocracy.org

                                     John Haubenreich*
                                     PROTECT DEMOCRACY PROJECT
                                     1108 McKennie Ave., Suite #223
                                     Nashville, TN 37206
                                     Tel: (202) 579-4582
                                     john.haubenreich@protectdemocracy.org

                                     Nikhel S. Sus (D.C. Bar No. 1017937)
                                     John B. Hill (N.Y. Bar No. 5505508)*

2

CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596 Washington, DC 20044
Tel: (202) 408-5565
nsus@citizensforethics.org
jhill@citizensforethics.org

Laurence M. Schwartztol (D.D.C. Bar No. MA0007)
DEMOCRACY AND RULE OF LAW CLINIC,
HARVARD LAW SCHOOL
1525 Massachusetts Avenue
Cambridge, MA 02138
Tel: (617) 998-1877
lschwartztol@law.harvard.edu

Ming Cheung*
Ari J. Savitzky*
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mcheung@aclu.org
asavitzky@aclu.org
tlee@aclu.org
slakin@aclu.org

Laura K. Follansbee (D.C. Bar No. 1782046)
Arthur B. Spitzer (D.C. Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
529 14th Street NW, Suite 722
Washington, DC 20045
Tel: (202) 457-0800
lfollansbee@acludc.org
aspitzer@acludc.org

* Admitted *pro hac vice*

*Counsel for Plaintiffs*

3