**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants*.

Civil Action No. 26 - 1352 (SLS)
Judge Sparkle L. Sooknanan

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF No. 51, the Court **GRANTS** the Plaintiffs' Motion for Partial Summary Judgment, ECF No. 29, and **DENIES** the Defendants' Cross-Motion for Summary Judgment and Motion to Dismiss, ECF No. 32. The Court sets aside and vacates the Defendants' Voter List Maintenance Policy, which is defined in the Court's Memorandum Opinion, ECF No. 51. The Court directs the Clerk of the Court to terminate this case from the active docket. This is an appealable final order.

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge

Date: October 9, 2026