# Exhibit 4

LOS ANGELES COUNTY
REGISTRAR-RECORDER/COUNTY CLERK

DEAN C. LOGAN
Registrar-Recorder/County Clerk

# NEWS RELEASE

| | |
|---|---|
| **FOR IMMEDIATE RELEASE** | **Contact** |
| October 14, 2026 | Media Info: (213) 462-1422 |

## Statement from Dean Logan Regarding U.S. Department of Justice Correspondence

**LOS ANGELES** – Los Angeles County Registrar-Recorder/County Clerk (RR/CC) Dean C. Logan issued the following statement regarding correspondence received from the U.S. Department of Justice concerning voter eligibility and citizenship:

*"Our office received correspondence and information from the U.S. Department of Justice the afternoon of October 13, 2026 (21 days prior to Election Day) concerning assertions related to voter eligibility and citizenship. We are reviewing the information in coordination with the California Secretary of State and Attorney General to determine the next appropriate steps.*

*The letter included a USB drive purportedly containing the referenced records, along with a handwritten note providing a password. We have not accessed the drive because doing so would conflict with established data privacy and information security protocols. We do not consider the device a secure medium. Additionally, the letter does not specify the number of individuals involved or describe the information contained in the records.*

*Maintaining accurate voter registration records is a fundamental responsibility of our office. Federal and state laws are clear on how voter eligibility is established – and any action to remove a voter from eligibility must be based on verifiable information, not assertions of unconfirmed data matching.*

*With the 2026 General Election underway, we remain focused on administering a safe, secure, accurate, and transparent election. We will continue following established legal requirements and verification procedures while protecting the rights of every eligible voter."*

A copy of the October 13, 2026, letter from the U.S. Department of Justice, along with the accompanying handwritten note, is available below.

Link: https://rrcc.box.com/s/jwladrl77dwd9ud2hexcw2yeuvm1gnic

The mission of the Registrar-Recorder/County Clerk is to serve Los Angeles County by providing essential records management and election services in a fair, accessible, and transparent manner. For more information, visit LAVOTE.GOV and follow us on social media @LACountyRRCC.

###