**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMON CAUSE, *et al.*,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF JUSTICE, *et al.*,<br>*Defendants*. | No. 1:26-cv-01352-SLS<br>Hon. Sparkle L. Sooknanan |

## NOTICE OF APPEAL

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the D.C. Circuit from this Court's October 9, 2026, final judgment, ECF No. 52, and the associated memorandum opinion, ECF No. 51.

Dated: October 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Joseph E. Borson*
JOSEPH E. BORSON
Assistant Director
Federal Programs Branch

CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*