**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMON CAUSE, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE, *et al.*,

*Defendants*.

Civil Action No. 26 - 1352 (SLS)
Judge Sparkle L. Sooknanan

**ORDER**

For the reasons stated in the Court's Memorandum Opinion, ECF No. 61, the Court **DENIES** the Defendants' Motion for Stay Pending Appeal, ECF No. 57.

**SO ORDERED.**

SPARKLE L. SOOKNANAN
United States District Judge

Date: November 2, 2026